E-filing

JS 44 - CAND (Rev. 11/04)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO.)

**I.(a) PLAINTIFFS**

Jose Rodriguez

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Alameda
(EXCEPT IN U.S. PLAINTIFF CASES)

**DEFENDANTS**

Owens-Brockway Glass Container Inc.

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Law Offices of Steven R. Jacobsen
901 Clay St. Oakland, CA 94607
(510) 465-1500

ATTORNEYS (IF KNOWN)
SMH / BAK

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF
(For diversity cases only) AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☒5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transfered from Another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐610 Agriculture | ☐422 Appeal 28 USC 158 | ☐400 State Reapportionment |
| ☐120 Marine | ☐310 Airplane | ☐362 Personal Injury Med Malpractice | ☐620 Other Food & Drug | ☐423 Withdrawal 28 USC 157 | ☐410 Antitrust |
| ☐130 Miller Act | ☐315 Airplane Product Liability | ☐365 Personal Injury Product Liability | ☐625 Drug Related Seizure of Property 21 USC 881 | | ☐430 Banks and Banking |
| ☐140 Negotiable Instrument | ☐320 Assault Libel & Slander | ☐368 Asbestos Personal Injury Product Liability | ☐630 Liquor Laws | **PROPERTY RIGHTS** | ☐450 Commerce/ICC Rates/etc. |
| ☐150 Recovery of Overpayment & Enforcement of Judgment | ☐330 Federal Employers Liability | **PERSONAL PROPERTY** | ☐640 RR & Truck | ☐820 Copyrights | ☐470 Racketeer Influenced and Corrupt Organizations |
| ☐151 Medicare Act | ☐340 Marine | ☐370 Other Fraud | ☐650 Airline Regs | ☐830 Patents | ☐480 Consumer Credit |
| ☐152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐345 Marine Product Liability | ☐371 Truth in Lending | ☐660 Occupational Safety/Health | ☐840 Trademark | ☐490 Cable/Satellite TV |
| ☐153 Recovery of Overpayment of Veteran's Benefits | ☐350 Motor Vehicle | ☐380 Other Personal Property Damage | ☐690 Other | **SOCIAL SECURITY** | ☐810 Selective Service |
| ☐160 Stockholders Suits | ☐355 Motor Vehicle Product Liability | ☐385 Property Damage Product Liability | **LABOR** | ☐861 HIA (1395ff) | ☐850 Securities/Commodities/Exchange |
| ☐190 Other Contract | ☐360 Other Personal Injury | | ☐710 Fair Labor Standards Act | ☐862 Black Lung (923) | ☐875 Customer Challenge 12 USC 3410 |
| ☐195 Contract Product Liability | | | ☐720 Labor/Mgmt Relations | ☐863 DIWC/DIWW (405(g)) | ☐891 Agricultural Acts |
| ☐196 Franchise | | | ☐730 Labor/Mgmt Reporting & Disclosure Act | ☐864 SSID Title XVI | ☐892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐740 Railway Labor Act | ☐865 RSI (405(g)) | ☐893 Environmental Matters |
| ☐210 Land Condemnation | ☐441 Voting | ☐510 Motion to Vacate Sentence Habeas Corpus: | ☐790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐894 Energy Allocation Act |
| ☐220 Foreclosure | ☐442 Employment | ☐530 General | ☐791 Empl.Ret.Inc. Security Act | ☐870 Taxes (US Plaintiff or Defendant) | ☐895 Freedom of Information Act |
| ☐230 Rent Lease & Ejectment | ☐443 Housing | ☐535 Death Penalty | | ☐871 IRS - Third Party 26 USC 7609 | ☐900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐240 Torts to Land | ☐444 Welfare | ☐540 Mandamus & Other | | | ☐950 Constitutionality of State Statutes |
| ☐245 Tort Product Liability | ☐445 Amer w/ disab - Empl | ☐550 Civil Rights | | | ☐890 Other Statutory Actions |
| ☐290 All Other Real Property | ☐446 Amer w/ disab - Other | ☐555 Prison Condition | | | |
| | ☐440 Other Civil Rights | | | | |

**VI. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $[____]    CHECK YES only if demanded in complaint
JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY**    PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

**IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)**
(PLACE AND "X" IN ONE BOX ONLY)    ☒ SAN FRANCISCO/OAKLAND    ☐ SAN JOSE

DATE 7/13/07

SIGNATURE OF ATTORNEY OF RECORD

ORIGINAL FILED

07 JUL 13 PM 3: 19

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  SCHIFF HARDIN LLP
   STEPHEN M. HANKINS (CSB #154886)
2  BITA A. KARABIAN (CSB #197539)
   One Market, Spear Street Tower, 32nd Floor
3  San Francisco, CA 94105
   Telephone:   (415) 901-8700
4  Facsimile:   (415) 901-8701

5  Attorneys for Defendant
   Owens-Brockway Glass Container Inc.          E-filing
6

7                                                          EMC
8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11  JOSE RODRIGUEZ,                    Case No.:  C  07 — 3630

12            Plaintiff,               (Alameda County Superior Court Case
                                       No. RG 07325805)
13      v.
                                       **NOTICE OF REMOVAL OF ACTION
14  OWENS-BROCKWAY GLASS               UNDER 28 U.S.C. SECTION 1441(b)
    CONTAINER INC. and DOES 1 to 50,   (DIVERSITY)**
15
            Defendants.
16

17      TO THE CLERK AND THE HONORABLE JUDGES OF THE UNITED STATES

18  DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

19      Defendant Owens-Brockway Glass Container Inc. ("Owens") hereby gives notice

20  of removal of the above-entitled civil action from the Superior Court of California, County

21  of Alameda, case no. RG 07325805, to the United States District Court, Northern District

22  of California.  Removal of this case is authorized under 28 U.S.C. section 1441, based

23  upon the following facts:

24                          **JURISDICTION**

25      1.      On or about May 14, 2007, attorney for plaintiff Jose Rodriguez

26  commenced an action against Owens by filing with the clerk of the Alameda County

27  Superior Court a summons and complaint, true and correct copies of which are attached

28  hereto as Exhibit A.  Under 28 U.S.C. section 1332, this Court has original jurisdiction of

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

34046.34046-0045
663459.1

- 1 -

NOTICE OF REMOVAL

1  this civil action based on diversity of citizenship of the parties, and the action may be

2  removed to the Court by Owens pursuant to 28 U.S.C. section 1441(b). Owens is

3  informed and believes that plaintiff Jose Rodriguez was at the time of the filing of the

4  complaint, and still is, a citizen of the State of California. At the time the action was filed

5  in state court, Owens was, and still is, incorporated under the laws of the State of

6  Delaware with its principal place of business in the state of Ohio.

7      2.    The summons and complaint attached as Exhibit A were served on Owens

8  by personal service on CT Corporation, Owens's agent for service in California, on June

9  14, 2007. At the same time, plaintiff served on Owens a Notice of Judicial Assignment

10  for All Purposes and a Notice of Case Management Conference and Order, true and

11  correct copies of which are attached hereto as Exhibit B. These are the only pleadings

12  and orders that Owens has received in this matter. Owens has answered the complaint

13  and a true and correct copy of its answer is attached hereto as Exhibit C. No discovery

14  has been propounded in the Superior Court by any party and no further proceedings

15  have been conducted in the Superior Court.

16      3.    The amount in controversy exceeds the sum or value of $75,000, exclusive

17  of interest and costs, because plaintiff alleges an Owens employee "ran over" him with a

18  forklift causing plaintiff to sustain "severe personal injuries." Plaintiff seeks general

19  damages as well as special damages for wage loss, hospital and medical expenses, and

20  loss of earning capacity.

21      4.    Owens is the only defendant named in the complaint.

22  **INTRADISTRICT ASSIGNMENT**

23      5.    This action arose in the City of Oakland, County of Alameda, State of

24  California and, therefore, is properly assigned to the United States District Court for the

25  Northern District of California, Oakland/San Francisco Division.

26      6.    Pursuant to 28 U.S.C. section 1446, this Notice of Removal is being filed

27  within thirty days (taking into account weekends and holidays) after Owens's receipt of

28  the summons and complaint.

SCHIFFHARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    7.    Promptly following the filing of this Notice of Removal in the United States

2    District Court for the Northern District of California, the undersigned will give counsel for

3    plaintiff written notice of such filing.  A true and correct copy of this notice form is

4    attached hereto as Exhibit D (without attachments).  Written notice will also be filed with

5    the Clerk of the Superior Court of the County of Alameda.  A true and correct copy of this

6    notice form is attached hereto as Exhibit E (without attachments).

7    WHEREFORE, defendant Owens-Brockway Glass Container Inc. respectfully

8    requests that this action now pending in the Superior Court of California, County of

9    Alameda, be removed to this Court and that further proceedings in this action be

10   conducted in this Court as provided by law.

11   DATED: July 12 , 2007                    Respectfully submitted,

12                                            SCHIFF HARDIN LLP

13

14                                            By _____

15                                               Stephen M. Hankins
                                                 Attorneys for Defendant
16                                               Owens-Brockway Glass Container Inc.

17

18

19

20

21

22

23

24

25

26

27

28

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

34046.34046-0045
663459.1

NOTICE OF REMOVAL

- 3 -

EXHIBIT A

Jun 12 2007 6:36PM    HP LASERJET FAX                                    p.3

6·14 /1525

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Owens-Brockway Glass Container, Inc., DOES 1 TO 50

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Jose Rodriguez



FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

ENDORSED
FILED
ALAMEDA COUNTY

MAY 1 4 2007

CLERK OF THE SUPERIOR COURT
By _____ S. Halcromb
Deputy

---

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff.   A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you.  If you cannot pay the filing fee, ask the court clerk for a fee waiver form.  If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

---

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA<br>1225 Fallon Street<br>Oakland, CA 94612 | CASE NUMBER:<br>*(Número del Caso)*<br>RG 07 3 2 5 8 0 5 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Catherine R. Douat (Bar # 129134)                    PAT S. SWEETEN          Phone No. (510) 465-1500
The Law Offices of Steven R. Jacobsen                                        Fax No.  (510) 465-1501
901 Clay Street, Oakland, CA 94607

DATE:  MAY 1 4 2007          Clerk, by    S. Halcromb    , Deputy
*(Fecha)*                    *(Secretario)*  Executive Officer / Clerk of the Superior Court  *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* Owens-Brockway Glass Container, Inc.

   under: ☒ CCP 416.10 (corporation)           ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*

4. ☐ by personal delivery on *(date):*

[SEAL]

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465

*LexisNexis® Automated California Judicial Council Forms*

Jun 12 2007 6:36PM    HP LASERJET FAX                                p.4

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Catherine R. Douat (State Bar # 129134)<br>The Law Offices of Steven R. Jacobsen<br>901 Clay Street<br>Oakland, CA 94607<br>TELEPHONE NO: (510) 465-1500    FAX NO. (Optional): (510) 465-1501<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Jose Rodriguez, Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
STREET ADDRESS: 1225 Fallon Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland 94607
BRANCH NAME:

PLAINTIFF: Jose Rodriguez

DEFENDANT: Owens-Brockway Glass Container, Inc.

[X] DOES 1 TO  50

**ENDORSED**
**FILED**
**ALAMEDA COUNTY**
MAY 1 4 2007
CLERK OF THE SUPERIOR COURT
S. Tracolino
By _____ Deputy

CASE NUMBER:

RG 07 3 25 8 0 5

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
[ ] AMENDED (Number):

Type (check all that apply):
[X] MOTOR VEHICLE    [ ] OTHER (specify):
    [ ] Property Damage    [ ] Wrongful Death
    [X] Personal Injury    [ ] Other Damages (specify):

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
    Amount demanded    [ ] does not exceed $10,000
                       [ ] exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
    [ ] from limited to unlimited
    [ ] from unlimited to limited

1. Plaintiff (name or names): Jose Rodriguez
   alleges causes of action against defendant (name or names): Owens-Brockway Glass Container, Inc.

2. This pleading, including attachments and exhibits, consists of the following number of pages: 6

3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff (name):
       (1) [ ] a corporation qualified to do business in California
       (2) [ ] an unincorporated entity (describe):
       (3) [ ] a public entity (describe):
       (4) [ ] a minor    [ ] an adult
           (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
           (b) [ ] other (specify):
       (5) [ ] other (specify):
   b. [ ] except plaintiff (name):
       (1) [ ] a corporation qualified to do business in California
       (2) [ ] an unincorporated entity (describe):
       (3) [ ] a public entity (describe):
       (4) [ ] a minor    [ ] an adult
           (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
           (b) [ ] other (specify):
       (5) [ ] other (specify):

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 (Rev. January 1, 2007)

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

Page 1 of 3
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

LexisNexis® Automated California Judicial Council Forms

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Rodriguez v. Owens-Broakway Glass Container, Inc. et. al. | |

4. ☐ Plaintiff *(name):*

   is doing business under the fictitious name *(specify):*

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

   a. ☒ except defendant *(name):* Owens-Brockway
   - (1) ☐ a business organization, form unknown
   - (2) ☒ a corporation
   - (3) ☐ an unincorporated entity *(describe):*
   - (4) ☐ a public entity *(describe):*
   - (5) ☐ other *(specify):*

   c. ☐ except defendant *(name):*
   - (1) ☐ a business organization, form unknown
   - (2) ☐ a corporation
   - (3) ☐ an unincorporated entity *(describe):*
   - (4) ☐ a public entity *(describe):*
   - (5) ☐ other *(specify):*

   b. ☐ except defendant *(name):*
   - (1) ☐ a business organization, form unknown
   - (2) ☐ a corporation
   - (3) ☐ an unincorporated entity *(describe):*
   - (4) ☐ a public entity *(describe):*
   - (5) ☐ other *(specify):*

   d. ☐ except defendant *(name):*
   - (1) ☐ a business organization, form unknown
   - (2) ☐ a corporation
   - (3) ☐ an unincorporated entity *(describe):*
   - (4) ☐ a public entity *(describe):*
   - (5) ☐ other *(specify):*

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants *(specify Doe numbers):* _____1-25_____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants *(specify Doe numbers):* _____26-50_____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify):*

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because *(specify):*

---

PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

Page 2 of 3

*LexisNexis® Automated California Judicial Council Forms*

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Rodriguez v. Owens-Broakway Glass Container, Inc. et. al. | |

10.  The following causes of action are attached and the statements above apply to each (each complaint must have one or more causes of action attached):
   a. [X] Motor Vehicle
   b. [X] General Negligence
   c. [ ] Intentional Tort
   d. [ ] Products Liability
   e. [X] Premises Liability
   f. [ ] Other (specify):

11.  Plaintiff has suffered
   a. [X] wage loss
   b. [ ] loss of use of property
   c. [X] hospital and medical expenses
   d. [X] general damage
   e. [ ] property damage
   f. [X] loss of earning capacity
   g. [ ] other damage (specify):

12.  [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. [ ] listed in Attachment 12.
   b. [ ] as follows:

13.  The relief sought in this complaint is within the jurisdiction of this court.

14.  Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) [X] compensatory damages
      (2) [ ] punitive damages
      The amount of damages is (in cases for personal injury or wrongful death, you must check (1)):
      (1) [X] according to proof
      (2) [ ] in the amount of: $

15.  [X] The paragraphs of this complaint alleged on information and belief are as follows (specify paragraph numbers):
      GN. -1, MV-2, Prem. L. 1-5

Date: May 10, 2007

Catherine R. Douat
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001(1)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Rodriguez v. Owens-Broakway Glass Container, Inc. et. al. | |

__FIRST__       **CAUSE OF ACTION—Motor Vehicle**
_(number)_

ATTACHMENT TO [X] Complaint    ☐ Cross - Complaint

_(Use a separate cause of action form for each cause of action.)_

Plaintiff _(name)_: Jose Rodriguez

MV- 1. Plaintiff alleges the acts of defendants were negligent; the acts were the legal (proximate) cause of injuries
and damages to plaintiff; the acts occurred
on _(date)_: May 16, 2005
at _(place)_: G Street, Oakland, California

MV- 2. DEFENDANTS

   a.  [X]  The defendants who operated a motor vehicle are _(names)_:

      [X] Does ____1____ to ____25____

   b.  [X]  The defendants who employed the persons who operated a motor vehicle in the course of their employment
are _(names)_: Owens-Brockway Glass Container, Inc.

      [X] Does ____26____ to ____50____

   c.  [X]  The defendants who owned the motor vehicle which was operated with their permission are _(names)_:

      [X] Does ____26____ to ____50____

   d.  [X]  The defendants who entrusted the motor vehicle are _(names)_:

      [X] Does ____26____ to ____50____

   e.  [X]  The defendants who were the agents and employees of the other defendants and acted within the scope
of the agency were _(names)_:

      [X] Does ____1____ to ____25____

   f.  ☐  The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
☐ listed in Attachment MV-2f  ☐ as follows:

      ☐ Does _____ to _____

Page ____4____

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(1) [Rev. January 1, 2007]

**CAUSE OF ACTION—Motor Vehicle**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

_LexisNexis® Automated California Judicial Council Forms_

PLD-PI-001(2)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Rodriguez v. Owens-Broakway Glass Container, Inc. et. al. | |

__SECOND__    **CAUSE OF ACTION—General Negligence**    Page ___5___
_(number)_

ATTACHMENT TO  [ X ] Complaint  [ ] Cross - Complaint

_(Use a separate cause of action form for each cause of action.)_

GN- 1. Plaintiff _(name)_: Jose Rodriguez

alleges that defendant _(name)_: Owens-Brockway Glass Container, Inc.

[ ] Does _____ to _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on _(date)_: May 16, 2005
at _(place)_: G Street, Oakland, California

. _(description of reasons for liability)_:

Plaintiff, Jose rodriguez was picking up glass from the defendant when defendants' employee ran over the plaintiff with a forklift. Defendants negligently and carelessly operated the forklift and negligently hired a person unfit for the job of operating a forklift. Plaintiff suffered severe personal injuries as a result of being run over by a forklift.

CAUSE OF ACTION—General Negligence

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

_LexisNexis® Automated California Judicial Council Forms_

PLD-PI-001(4)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Rodriguez v. Owens-Broakway Glass Container, Inc. et. al. | |

____THIRD____    **CAUSE OF ACTION—Premises Liability**    Page ___6___
(number)

ATTACHMENT TO    [ X ] Complaint    [ ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):* Jose Rodriguez
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date):*    May 16, 2005    plaintiff was injured on the following premises in the following
fashion *(description of premises and circumstances of injury):*
Plaintiff was picking up glass from the defendants when one of defendants employees ran over
the plaintiff with a forklift. The defendants negligently and carelessly maintained the premises
such a forklift ran over the plaintiff and the plaintiff was seriously injured.

Prem.L-2.    [ X ]  **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated
the described premises were *(names):* Owens-Brockway Glass Container, Inc.

[ X ] Does ___1___ to ___25___

Prem.L-3.    [ X ]  **Count Two—Willful Failure to Warn [Civil Code section 846]** The defendant owners who willfully
or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were
*(names):*

[ X ] Does ___1___ to ___25___
Plaintiff, a recreational user, was  [ ]  an invited guest  [ ]  a paying guest.

Prem.L-4.    [ X ]  **Count Three—Dangerous Condition of Public Property** The defendants who owned public property
on which a dangerous condition existed were *(names):* Owens-Brockway Glass Container, Inc.

[ ] Does _____ to _____
a. [ ]  The defendant public entity had  [ ] actual  [ ] constructive notice of the existence of the
dangerous condition in sufficient time prior to the injury to have corrected it.
b. [ ]  The condition was created by employees of the defendant public entity.

Prem.L-5. a. [ X ]  **Allegations about Other Defendants** The defendants who were the agents and employees of the
other defendants and acted within the scope of the agency were *(names):* Owens-Brockway Glass
Container, Inc.

[ X ] Does ___26___ to ___50___

b. [ ]  The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
[ ] described in attachment Prem.L-5.b  [ ] as follows *(names):*

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]

**CAUSE OF ACTION—Premises Liability**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

*LexisNexis® Automated California Judicial Council Forms*

### *Superior Court of California, County of Alameda*



### *Notice of Judicial Assignment for All Purposes*
### *Effective July 1, 2007*

Case Number: RG07325805
Case Title:    Rodriguez VS Owens- - Brockway Glass Container, Incs.
Date of Filing: 05/14/2007

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

On July 1, 2007 this case will be assigned for all purposes to:

| | |
|---|---|
| Judge: | Winifred Y. Smith |
| Department: | 114 |
| Address: | Wiley W. Manuel Courthouse |
| | 661 Washington Street |
| | Oakland CA 94607 |
| Phone Number: | (510) 268-7658 |
| Fax Number: | (510) 267-1518 |
| Email Address: | Dept.114@alameda.courts.ca.gov |

Under direct calendaring, this case will be assigned to a single judge for all purposes
including trial.

**Please note: In this case, any challenge pursuant to Code of Civil Procedure §170.6
must be exercised within the time period provided by law. (See Govt. Code 68616(i);
Motion Picture and Television Fund Hosp. v. Superior Court (2001) 88 Cal.App.4th
488, 494; and Code Civ. Proc. §1013.) Because this notice is effective July 1, 2007,
the parties are advised that the earliest possible deadline for a challenge pursuant to
Code of Civil Procedure §170.6 is July 16, 2007.**

IT IS THE DUTY OF EACH PLAINTIFF AND CROSS COMPLAINANT TO SERVE A
COPY OF THIS NOTICE IN ACCORDANCE WITH LOCAL RULES.

### General Procedures

All pleadings and other documents must be filed in the clerk's office at any court location
except when the Court permits the lodging of material directly in the assigned department.
All documents filed after July 1, 2007, with the exception of the original summons and the
original civil complaint, shall have clearly typed on the face page of each document, under
the case number, the following:

ASSIGNED FOR ALL PURPOSES TO
JUDGE Winifred Y. Smith
DEPARTMENT 114

Counsel are expected to know and comply with the Local Rules of this Court, which are available on the Court's website at: http://www.alameda.courts.ca.gov/courts/rules/index.shtml and with the California Rules of Court, which are available at www.courtinfo.ca.gov.

The parties are always encouraged to consider using various alternatives to litigation, including mediation and arbitration, prior to the Initial Case Management Conference. The Court may refer parties to alternative dispute resolution resources.

(1) Counsel are expected to be familiar and comply with the Statement of Professionalism of the ACBA, www.acbanet.org. (2) Appearances by attorneys who are not counsel of record are not permitted except for good cause. (3) Chambers copies of filings will not be accepted unless specifically requested by the Court. (4) Unrepresented litigants must also comply with the pertinent rules, cited above. (5) All references to "counsel" in this Order apply equally to self-represented litigants. The Court Maintains a Self-Help Center at the Wiley E. Manual Courthouse, 2nd Floor, 600 Washington St., Oakland. Telephone (510) 268-7221.

## Schedule for Department 114

The following scheduling information is subject to change at any time, without notice. Please contact the department at the phone number or email address noted above if you have questions. The Court prefers that contacts with Department 114 be by e-mail with copies to all other counsel. Counsel must confer with opposing counsel before scheduling a hearing date.

- Trials generally are held: Mondays, Tuesdays, Thursday between 9:30 a.m. and 4:30 p.m. and Wednesdays between 10:00 a.m. and 4:30 p.m. A pre-trial conference may be scheduled two weeks before trial. Pretrial conferences will be at 2:00 p.m. on Fridays.

- Case Management Conferences are held: Tuesdays, Thursdays and Fridays at 9:00 a.m. Timely filed and complete case management conference statements are required and may eliminate the need for a hearing. Tentative Rulings will be available on the Court's website 3 days before the CMC.

- Law and Motion matters are heard: Wednesdays at 9:00 a.m. and Fridays at 9:30 a.m. Only 1 Demurrer and 1 Motion for Summary Judgment/Adjudication will be set on each calendar.

- Settlement Conferences are heard: Fridays at 10:00 a.m.

- Ex Parte matters are heard: Wednesdays and Fridays at 9:00 a.m. A maximum of 3 matters will be scheduled on each calendar. Urgent matters may be specially set by contacting the department.

- (1) Counsel should anticipate and attempt to resolve discovery and other disputes. (2) No discovery motion shall be filed without prior serious efforts to resolve the dispute. (3) A Mandatory Settlement Conferences will be scheduled approximately 30 days before trial. All parties with authority to settle must be personally present. The Court requests that the parties state an objection to the Direct Calendar judge conducting the settlement conference at the time the conference is scheduled.

**Law and Motion Procedures**

To obtain a hearing date for a Law and Motion or ex parte matter, parties must contact Department 31 for hearing dates before July 1, 2007 and the Direct Calendar Judge's department as follows for hearing dates after July 1, 2007:

- Motion Reservations for hearing dates after July 1, 2007
  Email:       Dept.114@alameda.courts.ca.gov
  Phone:      (510) 208-2951

  The Court prefers that reservations for the Law and Motion calendar be made by e-mail.

- Ex Parte Matters for hearing dates after July 1, 2007
  Email:       Dept.114@alameda.courts.ca.gov
  Phone:      (510) 208-2951

  The Court prefers that reservations for the ex parte calendar be made by e-mail.

**Tentative Rulings**

The court will issue tentative rulings in accordance with the Local Rules. Tentative rulings will become the Court's order unless contested in accordance with the Local Rules. Tentative rulings will be available at:

- Website: www.alameda.courts.ca.gov/domainweb, Calendar Information for Dept. 114
- Tentative Ruling Line after July 1, 2007: 1-866-223-2244

Dated: 05/16/2007                          Executive Officer / Clerk of the Superior Court

                                    By    _____
                                                     Deputy Clerk

---

**CLERK'S CERTIFICATE OF MAILING**

I certify that the following is true and correct: I am the clerk of the above-named court and not a party to this cause. I served this Notice by placing copies in envelopes addressed as shown on the attached Notice of Initial Case Management Conference and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court practices.

Executed on 05/17/2007

By  _____

Deputy Clerk

The Law Offices of Steven Jacobsen
Attn: Douat, Catherine R.
901 Clay Street
Oakland, CA  94607

## Superior Court of California, County of Alameda

| Rodriguez | No. RG07325805 |
| --- | --- |
| **Plaintiff/Petitioner(s)** | **NOTICE OF CASE MANAGEMENT** |
| VS. | **CONFERENCE AND ORDER** |
| Owens- - Brockway Glass Container, Incs. | Unlimited Jurisdiction |
| **Defendant/Respondent(s)** | |
| (Abbreviated Title) | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD.
Notice is given that a Case Management Conference has been scheduled as follows:

| Date: 09/27/2007 Time: 09:00 AM | Department: 114 Location: **Wiley W. Manuel Courthouse** **Sixth Floor** **661 Washington Street, Oakland CA 94607** Internet: **http://www.alameda.courts.ca.gov** | Judge: **Winifred Y. Smith** Clerk: **Yvonne Bazzell** Clerk telephone: **(510) 268-7658** E-mail: **Dept.114@alameda.courts.ca.gov** Fax: **(510) 267-1518** |
| --- | --- | --- |

### ORDERS

1. You must:
   a. Serve all named defendants and file proofs of service on those defendants with the court within 60 days of the filing of the complaint (CRC 3.110(b));
   b. Give notice of this conference to any party not included in this notice and file proof of service;
   c. Meet and confer, in person or by telephone, to consider each of the issues identified in CRC 3.724 no later than 30 calendar days before the date set for the Case Management Conference;
   d. File and serve a completed Case Management Conference Statement (use of Judicial Council Form CM 110 is mandatory) at least 15 days before the Case Management Conference (CRC 3.725)

2. If you do not follow the orders above, you are hereby ordered to show cause why you should not be sanctioned under CRC 2.30. The hearing on the Order to Show Cause re: Sanctions will be at the same time as the Case Management Conference. Sanctions may include monetary sanctions and any other sanction permitted by law, including striking pleadings or dismissing the action.

3. You are further ordered to appear in person* (or through your attorney of record) at the Case Management Conference noticed above. You must be thoroughly familiar with the case and fully authorized to proceed.

4. The Direct Calendar Judge will issue orders at the conclusion of the conference that should include:
   a. Referring to ADR and setting an ADR completion date
   b. Dismissing or severing claims or parties
   c. Setting a trial date.

*Telephonic appearances at Case Management Conferences may be available by contacting CourtCall, an independent vendor, at least 3 business days prior to the scheduled conference. Parties may make arrangements by calling 1-888-882-6878, or faxing a service request to 1-888-882-2946. This service is subject to charges by the vendor.

### CLERK'S CERTIFICATE OF MAILING

I certify that the following is true and correct · I am the clerk of the above-named court and not a party to this cause. I served this Notice of Hearing by placing copies in envelopes addressed as shown hereon and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court practices.

Executed on 05/17/2007.

By _____

Deputy Clerk

EXHIBIT C

1  SCHIFF HARDIN LLP
   STEPHEN M. HANKINS (CSB #154886)
2  BITA A. KARABIAN (CSB #197539)
   One Market, Spear Street Tower, 32nd Floor
3  San Francisco, CA 94105
   Telephone:  (415) 901-8700
4  Facsimile:   (415) 901-8701

5  Attorneys for Defendant
   Owens-Brockway Glass Container Inc.

6

7

8                    SUPERIOR COURT OF CALIFORNIA

9                          COUNTY OF ALAMEDA

10  JOSE RODRIGUEZ,                      Case No.: RG 07325805

11             Plaintiff,
                                         **OWENS-BROCKWAY GLASS
12        v.                             CONTAINER INC.'S ANSWER TO
                                         COMPLAINT**
13  OWENS-BROCKWAY GLASS
    CONTAINER INC. and DOES 1 to 50,     **BY FAX**
14
15             Defendants.

16

17        Defendant Owens-Brockway Glass Container Inc. ("Owens") hereby answers

18  plaintiff's complaint as follows:

19                            **GENERAL DENIAL**

20        Pursuant to California Code of Civil Procedure section 431.30, Owens denies,

21  generally and specifically, each and every allegation of the complaint and further denies

22  that plaintiff is entitled to damages or relief in the amounts or manner alleged, or in any

23  amount or any manner, or at all, as a result of the conduct of Owens.

24        For its affirmative defenses, Owens alleges as follows:

25                       **FIRST AFFIRMATIVE DEFENSE**

26                          **(Failure to State Facts)**

27        The complaint on file herein, and each purported cause of action alleged therein,

28  fails to state facts sufficient to constitute a cause of action against Owens.

ENDORSED
FILED
ALAMEDA COUNTY

JUL 11 2007

CLERK OF THE SUPERIOR COURT
By Tasha Perry, Deputy

## SECOND AFFIRMATIVE DEFENSE

### (Comparative Fault)

Plaintiff is barred from recovery upon the complaint because, at the times and places and on the occasions mentioned in the complaint, plaintiff was negligent and careless, which negligence and carelessness were the sole or partial proximate cause of the injuries alleged in the complaint. Accordingly, the damages, if any, awarded herein should be diminished in proportion to the amount of fault and negligence attributed to plaintiff.

## THIRD AFFIRMATIVE DEFENSE

### (Acts and Omissions of Third Parties)

The damages, if any, suffered by plaintiff were caused by the acts and omissions of persons or entities other than Owens, which acts and omissions were the superseding and/or sole proximate cause of plaintiff's alleged injuries. Accordingly, any recovery by plaintiff against Owens should be barred or diminished in proportion to the extent of the responsibility of these persons or entities.

## FOURTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

Plaintiff is barred from recovery upon the complaint because plaintiff failed to mitigate his damages, if any, resulting from the acts and omissions alleged.

## FIFTH AFFIRMATIVE DEFENSE

### (Assumption of Risk)

Plaintiff voluntarily and knowingly assumed the risk for any damages, if any, which plaintiff may have suffered.

## SIXTH AFFIRMATIVE DEFENSE

### (Workers' Compensation)

Plaintiff is barred from recovery upon the complaint by California Insurance Code §§ 11630 *et seq.*, and, if not barred, any judgment plaintiff obtains must be abated or reduced by the amounts plaintiff has received or will receive as workers' compensation

SCHIFFHARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  for the injuries plaintiff may have suffered.

2      WHEREFORE, defendant Owens-Brockway Glass Container Inc. prays that

3  judgment be entered against plaintiff and in favor of defendant as follows:

4      1.    That plaintiff takes nothing by his complaint;

5      2.    That judgment be entered in favor of defendant;

6      3.    For attorneys' fees to the extent recoverable under applicable law;

7      4.    For costs of suit; and

8      5.    For such other and further relief as the Court deems just and proper.

9

10  DATED: July ___//___, 2007        Respectfully submitted,

11      SCHIFF HARDIN LLP

12

13      By _____

14      Bita A. Karabian
    Attorneys for Defendant

15      Owens-Brockway Glass Container Inc.

16

17

18

19

20

21

22

23

24

25

26

27

28

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

34046.34046-0045
663489.1

- 3 -

OWENS-BROCKWAY GLASS CONTAINER INC.'S ANSWER TO COMPLAINT

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, defendant Owens-Brockway Glass Container Inc. hereby demands a jury trial of all issues properly triable to a jury in this matter.

DATED: July __/ /__, 2007

Respectfully submitted,

SCHIFF HARDIN LLP

By _____

Bita A. Karabian
Attorneys for Defendant
Owens-Brockway Glass Container Inc.

SchiffHardin LLP
Attorneys At Law
San Francisco

34046.34046-0045
663489.1
OWENS-BROCKWAY GLASS CONTAINER INC.'S ANSWER TO COMPLAINT

**PROOF OF SERVICE**

*Rodriguez v. Owens-Brockway Glass Container Inc..*
Alameda County Superior Court No. RG 07325805

I, the undersigned, declare:

I am a resident of the State of California and over the age of eighteen (18) years, and not a party to the within action. I am an employee of Schiff Hardin LLP, and my business address is One Market, Spear Street Tower, Thirty Second Floor, San Francisco, California 94105.

On the date below, I caused to be served the following document(s):

**OWENS-BROCKWAY GLASS CONTAINER INC.'S ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL**

on the parties involved addressed as follows:

Catherine R. Douat
The Law Offices of Steven R. Jacobsen
901 Clay Street
Oakland, CA 94607
Tel: (510) 465-1500
Fax: (510) 465-1501
[COUNSEL FOR PLAINTIFF]

☑    **BY MAIL:** By placing the document(s) listed above in a sealed envelope with postage thereon fully prepared, in the United States Mail at San Francisco, California at addressed as set forth above (pursuant to C.C.P. § 1013).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on this 11th day of July, 2007, at San Francisco, California.

*Susan R Blakeley*
Susan R. Blakeley

SCHIFFHARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

34046.34046-004
663621.1

- 1 -

EXHIBIT D

SCHIFF HARDIN LLP
STEPHEN M. HANKINS (CSB #154886)
BITA A. KARABIAN (CSB #197539)
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone:   (415) 901-8700
Facsimile:   (415) 901-8701

Attorneys for Defendant
Owens-Brockway Glass Container Inc.

SUPERIOR COURT OF CALIFORNIA

COUNTY OF ALAMEDA

JOSE RODRIGUEZ,

          Plaintiff,

     v.

OWENS-BROCKWAY GLASS
CONTAINER INC. and DOES 1 to 50,

          Defendants.

Case No.:  RG 07325805

**NOTICE TO ADVERSE PARTY OF
REMOVAL TO FEDERAL COURT**

TO PLAINTIFF JOSE RODRIGUEZ AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that a Notice of Removal of this action was filed in the

United States District Court for the Northern District of California, on July 13, 2007, under

Federal Court Case No. _____.  A copy of the Notice of Removal is attached

to this Notice and is served and filed herewith.

DATED: July _____, 2007

Respectfully submitted,

SCHIFF HARDIN LLP

By _____
    Stephen M. Hankins
    Attorneys for Defendant
    Owens-Brockway Glass Container Inc.

SCHIFFHARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO



1 | SCHIFF HARDIN LLP
STEPHEN M. HANKINS (CSB #154886)
2 | BITA A. KARABIAN (CSB #197539)
One Market, Spear Street Tower, 32nd Floor
3 | San Francisco, CA 94105
Telephone:   (415) 901-8700
4 | Facsimile:   (415) 901-8701

5 | Attorneys for Defendant
Owens-Brockway Glass Container Inc.

6

7

8 | SUPERIOR COURT OF CALIFORNIA

9 | COUNTY OF ALAMEDA

10

11 | JOSE RODRIGUEZ,                                  Case No.:  RG 07325805

12 |            Plaintiff,                           **NOTICE TO CLERK OF SUPERIOR
                                                     COURT OF REMOVAL TO FEDERAL
13 |        v.                                       COURT**

14 | OWENS-BROCKWAY GLASS
CONTAINER INC. and DOES 1 to 50,

15

16 |            Defendants.

17 |        TO THE CLERK OF THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF

18 | ALAMEDA:

19 |        PLEASE TAKE NOTICE that a Notice of Removal of this action was filed in the

20 | United States District Court for the Northern District of California, on July 13, 2007, under

21 | Federal Court Case No. _____.  A copy of the Notice of Removal is

22 | attached to this Notice and is served and filed herewith.

23 | DATED:  July _____, 2007                    Respectfully submitted,

24 |                                               SCHIFF HARDIN LLP

25

26

27 | By _____
Stephen M. Hankins
Attorneys for Defendant
28 | Owens-Brockway Glass Container Inc.

SCHIFFHARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1 | SCHIFF HARDIN LLP
STEPHEN M. HANKINS (CSB #154886)
2 | BITA A. KARABIAN (CSB #197539)
One Market, Spear Street Tower, 32nd Floor
3 | San Francisco, CA 94105
Telephone:   (415) 901-8700
4 | Facsimile:   (415) 901-8701

5 | Attorneys for Defendant
Owens-Brockway Glass Container Inc.
6

*ORIGINAL FILED*

*07 JUL 13 PM 3: 20*

*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

*E-filing*

7

8 |                    UNITED STATES DISTRICT COURT

9 |                    NORTHERN DISTRICT OF CALIFORNIA

**EMC**

10

11 | JOSE RODRIGUEZ,                      Case No.:   **C 07    3630**

12 |            Plaintiff,
                                    **DEFENDANT OWENS-BROCKWAY**
13 |      v.                          **GLASS CONTAINER INC.'S DEMAND**
                                    **FOR A JURY TRIAL**
14 | OWENS-BROCKWAY GLASS
CONTAINER INC. and DOES 1 to 50,
15
            Defendants.
16

17 |      Pursuant to Rule 38 of the Federal Rules of Civil Procedure, defendant Owens-

18 | Brockway Glass Container Inc. hereby demands a jury trial of all issues properly triable

19 | to a jury in this matter.

20

21 | DATED: July 1̶2̶ , 2007                Respectfully submitted,

22 |                                     SCHIFF HARDIN LLP

23

24 |                                     By

Stephen M. Hankins
25 |                                     Attorneys for Defendant
Owens-Brockway Glass Container Inc.
26

27

28

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

34046.34046-0045
663918.1                              - 1 -
DEFENDAT OWENS-BROCKWAY GLASS CONTAINER INC.'S DEMAND FOR A JURY TRIAL

ORIGINAL FILED

07 JUL 13 PM 3: 20

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  SCHIFF HARDIN LLP
   STEPHEN M. HANKINS (CSB #154886)
2  BITA A. KARABIAN (CSB #197539)
   One Market, Spear Street Tower, 32nd Floor
3  San Francisco, CA 94105
   Telephone:  (415) 901-8700
4  Facsimile:  (415) 901-8701

5  Attorneys for Defendant
   Owens-Brockway Glass Container Inc.          E-filing
6

7                                                              EMC

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  JOSE RODRIGUEZ,                    C 07        3630
                                       Case No.:
12              Plaintiff,
                                       CERTIFICATE OF INTERESTED
13     v.                              PARTIES

14  OWENS-BROCKWAY GLASS
    CONTAINER INC. and DOES 1 to 50,
15
                Defendants.
16

17       Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following

18  listed persons, associations of persons, firms, partnerships, corporations (including

19  parent corporations) or other entities (i) have a financial interest in the subject matter in

20  controversy or in a party to the proceeding, or (ii) have a non-financial interest in that

21  subject matter or in a party that could be substantially affected by the outcome of this

22  proceeding:

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

SchiffHardin LLP
ATTORNEYS AT LAW
SAN FRANCISCO

34046.34046-0045
663481.1

- 1 -

CERTIFICATE OF INTERESTED PARTIES

**Owens-Illinois, Inc.** – parent corporation of defendant Owens-Brockway Glass Container Inc.

DATED:  July  _____, 2007

Respectfully submitted,

SCHIFF HARDIN LLP

By _____
Stephen M. Hankins
Attorneys for Defendant
Owens-Brockway Glass Container Inc.

34046.34046-0045
663481.1

CERTIFICATE OF INTERESTED PARTIES