SCHIFF HARDIN LLP
STEPHEN M. HANKINS (CSB #154886)
BITA A. KARABIAN (CSB #197539)
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone:  (415) 901-8700
Facsimile:  (415) 901-8701

Attorneys for Defendant
Owens-Brockway Glass Container Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE RODRIGUEZ

        Plaintiff(s),

v.

OWENS-BROCKWAY GLASS CONTAINER INC. AND DOES 1 to 50

        Defendant(s).

No. C 07-3630 EMC

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Respectfully submitted,

Dated: July 16, 2007

Signature _____
STEPHEN M. HANKINS
Counsel for Defendant
(Plaintiff, Defendant, or indicate "pro se")