Case 3:07-cv-03630-PJH    Document 6    Filed 07/16/2007    Page 1 of 6

SCHIFF HARDIN LLP
STEPHEN M. HANKINS (CSB #154886)
BITA A. KARABIAN (CSB #197539)
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone:    (415) 901-8700
Facsimile:    (415) 901-8701

Attorneys for Defendant
Owens-Brockway Glass Container Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>OWENS-BROCKWAY GLASS CONTAINER INC. and DOES 1 to 50,<br><br>　　　　Defendants. | Case No.:  C-07-3630<br><br>**PROOF OF SERVICE OF NOTICES TO ADVERSE PARTY AND SUPERIOR COURT OF REMOVAL TO FEDERAL COURT AND SUPPLEMENTARY MATERIALS REQUIRED BY CIVIL LOCAL RULE 4-2** |

I, Bita A. Karabian, declare as follows:

1.　　I am over the age of 18 years and not a party to this action.

2.　　I am an associate in the law firm of Schiff Hardin LLP and represent Owens-Brockway Glass Container Inc. My business address is One Market, Spear Street Tower, 32nd Floor, San Francisco, California 94105.

3.　　On July 16, 2007, I caused to be mailed to plaintiff's counsel, Catherine R. Douat, The Law Office of Steven R. Jacobsen, 901 Clay Street, Oakland, CA 94607, a copy of the Notice to Adverse Party of Removal to Federal Court. A copy of the Notice to Adverse Party of Removal to Federal Court (without exhibit) is attached hereto as Exhibit A. In addition, I caused to be served on plaintiff's counsel, at the above stated address, the supplementary materials required by Civil Local Rule 4-2.

4.　　July 16, 2007, I caused to be filed in the Alameda County Superior Court

34046.34046-0045
664136.1
- 1 -
PROOF OF SERVICE OF NOTICES TO ADVERSE PARTY AND SUPERIOR COURT OF REMOVAL TO FEDERAL COURT AND SUPPLEMENTARY MATERIALS REQUIRED BY CIVIL LOCAL RULE 4-2  (Case No. C-07-3630-EMC)

1  the Notice to Clerk of the Superior Court of Removal to Federal Court.  A copy of this
2  Notice (without exhibit) is attached hereto as Exhibit B.
3      I declare under penalty of perjury under the laws of the United States that the
4  foregoing is true and correct.  Executed this 16th day of July 2007 at Irvine, California.

_____
BITA A. KARABIAN

Case 3:07-cv-03630-PJH   Document 6   Filed 07/16/2007   Page 3 of 6

EXHIBIT A

SCHIFF HARDIN LLP
STEPHEN M. HANKINS (CSB #154886)
BITA A. KARABIAN (CSB #197539)
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone:  (415) 901-8700
Facsimile:   (415) 901-8701

Attorneys for Defendant
Owens-Brockway Glass Container Inc.

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF ALAMEDA

| | |
|---|---|
| JOSE RODRIGUEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>OWENS-BROCKWAY GLASS<br>CONTAINER INC. and DOES 1 to 50,<br><br>        Defendants. | Case No.: RG 07325805<br><br>**NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** |

TO PLAINTIFF JOSE RODRIGUEZ AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that a Notice of Removal of this action was filed in the United States District Court for the Northern District of California, on July 13, 2007, under Federal Court Case No. C 07-3630 EMC. A copy of the Notice of Removal is attached to this Notice and is served and filed herewith.

DATED: July _16_, 2007

Respectfully submitted,

SCHIFF HARDIN LLP

By _____
Stephen M. Hankins
Attorneys for Defendant
Owens-Brockway Glass Container Inc.

EXHIBIT B

SCHIFF HARDIN LLP
STEPHEN M. HANKINS (CSB #154886)
BITA A. KARABIAN (CSB #197539)
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone:   (415) 901-8700
Facsimile:    (415) 901-8701

Attorneys for Defendant
Owens-Brockway Glass Container Inc.

SUPERIOR COURT OF CALIFORNIA

COUNTY OF ALAMEDA

| | |
|---|---|
| JOSE RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>OWENS-BROCKWAY GLASS CONTAINER INC. and DOES 1 to 50,<br><br>Defendants. | Case No.: RG 07325805<br><br>**NOTICE TO CLERK OF SUPERIOR COURT OF REMOVAL TO FEDERAL COURT** |

TO THE CLERK OF THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA:

PLEASE TAKE NOTICE that a Notice of Removal of this action was filed in the United States District Court for the Northern District of California, on July 13, 2007, under Federal Court Case No. C 07-3630 EMC. A copy of the Notice of Removal is attached to this Notice and is served and filed herewith.

DATED: July 16, 2007

Respectfully submitted,

SCHIFF HARDIN LLP

By _____
    Stephen M. Hankins
    Attorneys for Defendant
    Owens-Brockway Glass Container Inc.

34046.34046-0045
663465.1

- 1 -
NOTICE TO CLERK OF SUPERIOR COURT OF REMOVAL TO FEDERAL COURT