UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

Date: October 18, 2007   JUDGE: Phyllis J. Hamilton

Case No: C-07-3630 PJH

Case Name: Jose Rodriguez v. Owens-Brockway Glass Container, Inc.

Attorney(s) for Plaintiff:   Catherine Douat
Attorney(s) for Defendant:   Bita A. Karabian

Deputy Clerk: Nichole Heuerman   Court Reporter: Not Reported

PROCEEDINGS

Initial Case Management Conference-Held. The court set discovery limitations. The court sets a pretrial schedule.

REFERRALS:

[x] Case referred to ADR for Mediation to be completed within 90 days.

PRETRIAL SCHEDULE:

Non-Expert Discovery cutoff: 3/24/08
Expert disclosure: 6/27/08
Expert discovery cutoff: 7/31/08
Dispositive Motions heard by: 5/21/08
Pretrial Conference: 8/28/08 at 2:30 p.m.
Trial: 9/22/08 at 8:30 a.m., for 4 days, by [x] Jury [] Court

Order to be prepared by:   [] Pl [] Def [x] Court

Notes:

cc: file; ADR