1  **STEVEN R. JACOBSEN**
   BAR NO. 95246
2  **CATHERINE R. DOUAT**
   BAR NO. 129134
3  LAW OFFICES OF STEVEN R. JACOBSEN
   901 CLAY STREET
4  OAKLAND, CALIFORNIA 94607
   (510) 465-1500
5
   ATTORNEYS FOR PLAINTIFF
6  JOSE RODRIGUEZ

7

8  IN THE UNITED STATES DISTRICT COURT

9  NORTHERN DIVISION

10

11 | JOSE RODRIGUEZ,                          ) Case No.: 07-CV-03630 PJH
   |                                          )
12 |           Plaintiff,                     ) STIPULATION TO CONTINUE
   |                                          ) DEADLINE TO COMPLETE
13 |     vs.                                  ) MEDIATION
   |                                          )
14 | OWENS-BROCKWAY GLASS                     )
   | CONTAINER, INC., and DOES 1 to 50        )
15 |                                          )
   |           Defendants.                    )
16

17 The parties to the above captioned litigation desire and agree to continue the deadline to
18 complete the mediation in this matter from January 16, 2008 to February 28, 2008.  The plaintiff has a
19 pending workers compensation claim for which plaintiff has received benefits.  The workers
20 compensation insurance carrier is entitled to reimbursement of workers paid to the plaintiff.  Plaintiff's
21 counsel contacted the plaintiff's attorney for the workers compensation claim and was advised that
22 Lexington Insurance Company was the appropriate workers compensation insurance carrier.  Plaintiff's
23 counsel in this action sent the complaint, answer, removal to federal court, and the case management
24 and pretrial order to the attorney for the workers compensation insurance carrier and requested that the
25 workers compensation insurance carrier intervene in this action.  When Lexington Insurance Company's
26 attorney failed to respond, plaintiff's counsel called Lexington Insurance Company's counsel and was
27 informed that A.I.G. was the appropriate workers compensation insurance carrier.  Plaintiff's counsel
28 has contacted A.I.G. and requested that it intervene in this action.  A.I.G. has not yet responded.

A.I.G. is a potential party to this action and should have the opportunity to intervene and participate in the mediation of this matter. The parties request that the deadline for mediation be continued for six weeks to allow A.I.G. the opportunity to intervene. Absent A.I.G's involvement there will be an impediment to settlement because the parties will not know the extent of A.I.G.'s workers compensation lien.

The mediator, Jacqueline Scott-Corley does not oppose the continuance.

Therefore, the parties to this action hereby stipulate, by and through their respective counsel of record to continue the deadline to mediate this matter from January 16, 2008 to February 28, 2008.

Dated: December 20, 2007                                LAW OFFICES OF STEVEN R. JACOBSEN


By____//ss// STEVEN R. JACOBSEN_____
Attorney for Plaintiff
JOSE RODDRIGUEZ

Dated:  December 20, 2007                               SCHIFF HARDEN L.L.P.


By____//ss// BITA KARABIAN_____
Attorney for Defendant
OWENS-BROCKWAY GLASS CONTAINER, INC.


ORDER

Pursuant to stipulation of the parties and good cause appearing there from it is hereby ordered that the deadline form completing mediation in this case is continued from January 16, 2008 to February 28, 2008

IT IS SO ORDERED


Dated:                                                  _____
PHYLLIS J. HAMILTON
U.S. DISTRICT COURT JUDGE