**STEVEN R. JACOBSEN**
BAR NO. 95246
**CATHERINE R. DOUAT**
BAR NO. 129134
LAW OFFICES OF STEVEN R. JACOBSEN
901 CLAY STREET
OAKLAND, CALIFORNIA 94607
(510) 465-1500

ATTORNEYS FOR PLAINTIFF
JOSE RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

NORTHERN DIVISION

JOSE RODRIGUEZ,

Plaintiff,

vs.

OWENS-BROCKWAY GLASS CONTAINER, INC., and DOES 1 to 50

Defendants.

Case No.: 07-CV-03630 PJH

STIPULATION TO CONTINUE DEADLINE TO COMPLETE MEDIATION

The parties to the above captioned litigation desire and agree to continue the deadline to complete the mediation in this matter from January 16, 2008 to February 28, 2008. The plaintiff has a pending workers compensation claim for which plaintiff has received benefits. The workers compensation insurance carrier is entitled to reimbursement of workers paid to the plaintiff. Plaintiff's counsel contacted the plaintiff's attorney for the workers compensation claim and was advised that Lexington Insurance Company was the appropriate workers compensation insurance carrier. Plaintiff's counsel in this action sent the complaint, answer, removal to federal court, and the case management and pretrial order to the attorney for the workers compensation insurance carrier and requested that the workers compensation insurance carrier intervene in this action. When Lexington Insurance Company's attorney failed to respond, plaintiff's counsel called Lexington Insurance Company's counsel and was informed that A.I.G. was the appropriate workers compensation insurance carrier. Plaintiff's counsel has contacted A.I.G. and requested that it intervene in this action. A.I.G. has not yet responded.

A.I.G. is a potential party to this action and should have the opportunity to intervene and participate in the mediation of this matter. The parties request that the deadline for mediation be continued for six weeks to allow A.I.G. the opportunity to intervene. Absent A.I.G's involvement there will be an impediment to settlement because the parties will not know the extent of A.I.G.'s workers compensation lien.

The mediator, Jacqueline Scott-Corley does not oppose the continuance.

Therefore, the parties to this action hereby stipulate, by and through their respective counsel of record to continue the deadline to mediate this matter from January 16, 2008 to February 28, 2008.

Dated: December 20, 2007

LAW OFFICES OF STEVEN R. JACOBSEN

By //ss// STEVEN R. JACOBSEN
Attorney for Plaintiff
JOSE RODDRIGUEZ

Dated: December 20, 2007

SCHIFF HARDEN L.L.P.

By //ss// BITA KARABIAN

Attorney for Defendant
OWENS-BROCKWAY GLASS CONTAINER, INC.

ORDER

Pursuant to stipulation of the parties and good cause appearing there from it is hereby ordered that the deadline form completing mediation in this case is continued from January 16, 2008 to February 28, 2008

IT IS SO ORDERED

Dated: 12/21/07

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED

Judge Phyllis J. Hamilton

PHYLL[illegible]
U.S. DISTR[illegible]