# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Rodriguez, <br><br>   Plaintiff(s), <br><br> v. <br><br> Owens-Brockway Glass Container, Inc., <br><br>   Defendant(s). | No. C 07-03630 PJH MED <br><br> **Certification of ADR Session** |

*Instructions*: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☑ Mediation or ☐ ENE session on (date) __2·26·2008__

2. Did the case settle?   ☐ fully   ☐ partially   ☑ no

3. If the case did not settle fully, is any follow-up contemplated?
   ☐ another session scheduled for (date) _____
   ☑ phone discussions expected by (date) __3·15·2008__
   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☐ YES   ☑ NO

Dated: __2·26·2008__         _Jacqueline S Corley_
                              Mediator, Jacqueline Scott Corley
                              Law Clerk to the Hon. Charles R. Breyer
                              450 Golden Gate Ave., 16th Fl.
                              San Francisco, CA 94102

**Certification of ADR Session**
07-03630 PJH MED