UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE RODRIGUEZ,

    Plaintiff(s),                                  No. C 07-3630 PJH

    v.                                         **ORDER OF REFERENCE**
                                                 **TO MAGISTRATE JUDGE**

OWENS-BROCKWAY GLASS CONTAINER,

    Defendant(s).
_____/

    No dispositive motions having been filed by the deadline of April 16, 2008, pursuant to Local Rule 72-1, this matter is referred for random assignment of a Magistrate Judge to conduct a settlement conference by July 25, 2008.

    The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge. The parties are directed to contact the courtroom deputy of the undersigned judge if they are not advised of the assigned magistrate judge within thirty days.

    IT IS SO ORDERED.

Dated: April 24, 2008

                                                                  _____
                                                                   PHYLLIS J. HAMILTON
                                                                   United States District Judge

cc: Wings, Assigned M/J