**In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date:  May 30, 2008        Time: 5 hours

Case No:  **C-07-3630 PJH (EDL)**

Case Name:  **Jose Rodriguez v. Owens- Brockway Glass Container**

Deputy Clerk:  Lili M. Harrell        Court Reporter:

Attorneys:  Pltf: Steven R. Jacobsen        Deft: Stephen M. Hankins

---

**PROCEEDINGS**

[X]  SETTLEMENT CONFERENCE        []   FURTHER SETTLEMENT CONFERENCE

  []    Case settled

  [X]   Did not settle

  []    Partial settlement

[]  DISCOVERY CONFERENCE

[]  STATUS CONFERENCE RE:_____

[]  TELEPHONIC CONFERENCE RE:_____

[]  OTHER:_____

CASE CONTINUED TO:_ FOR _

NOTES: Parties may contact this Court if further settlement conference would be useful.

cc: