STEVEN R. JACOBSEN
BAR NO. 95246
BRENDA D. POSADA
BAR NO. 152480
LAW OFFICES OF STEVEN R. JACOBSEN
901 CLAY STREET
OAKLAND, CALIFORNIA 94607
(510) 465-1500

ATTORNEYS FOR PLAINTIFF
JOSE RODRIGUEZ

FILED
08 JUN 20 PM 1:32
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT COURT

| | |
|---|---|
| JOSE RODRIGUEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>OWENS-BROCKWAY GLASS CONTAINER, INC., et al.,<br><br>    Defendants. | Case No.: C-07-03630 PJH<br><br>**PLAINTIFF'S NOTICE OF CHANGE OF NAMED COUNSEL OF RECORD** |

To all parties and their attorneys of record:

Please take notice that Catherine R. Douat is no longer associated with the Law Offices of Steven R. Jacobsen and therefore no longer of counsel of record in the above captioned matter. Steven R. Jacobsen, the lead attorney, and Brenda D. Posada, an associate newly associated with the Law Offices of Steve R. Jacobsen, are counsel of record for plaintiff in the above captioned matter.

Dated: June 18, 2008

Law Offices of Steve R. Jacobsen

By: _____
Brenda D. Posada
Attorney for Plaintiff

-1-

PLAINTIFF'S NOTICE OF CHANGE OF NAMED COUNSEL OF RECORD

PROOF OF SERVICE BY MAIL

I declare under penalty of perjury, under the laws of the State of California, that: I am employed in the County of Alameda; I am over the age of eighteen years and not a party to the within action; my business address is 901 Clay Street, Oakland, California 94607; on the date below written I served copies of the attached

**PLAINTIFF'S NOTICE OF CHANGE OF NAMED COUNSEL OF RECORD**

on all parties to the within action by placing true copies thereof in sealed envelopes, with postage fully prepaid, in the United States mail at Oakland, California, addressed as follows:

| | |
|---|---|
| Stephen M. Hankins, Esq.<br>Bita A. Karabian, Esq.<br>SCHIFF, HARDIN LLP<br>One Market, Spear Street Tower, 32nd Floor<br>San Francisco, CA 94105 | Counsel for defendant<br>OWENS-BROCKWAY GLASS<br>CONTAINER, INC. |

Executed at Oakland, California on June 18, 2008.

_____
Brenda D. Posada

PROOF OF SERVICE