STEVEN R. JACOBSEN, BAR NO. 95246
srj@theaccidentallawyer.com
BRENDA D. POSADA, BAR NO. 152480
bdp@theaccidentallawyer.com
LAW OFFICES OF STEVEN R. JACOBSEN
901 CLAY STREET
OAKLAND, CALIFORNIA 94607
TELEPHONE: (510) 465-1500

ATTORNEY FOR PLAINTIFF
JOSE RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>OWENS-BROCKWAY GLASS CONTAINER, INC., et al.,<br><br>　　　　Defendants. | Case No.: C-07-03630 PJH<br><br>PLAINTIFF'S EXHIBIT LIST<br><br>TRIAL DATE: September 22, 2008<br>TIME:　　　8:30 a.m.<br>LOCATION: Courtroom 3, 17th Floor |

COMES NOW the PLAINTIFF, JOSE RODRIGUEZ, and hereby reserves the right to use the following exhibits in trial of this action:

| EXHIBIT # | DESCRIPTION | SPONSORING WITNESS | BRIEF STATEMENT DESCRIBING THE SUBSTANCE | DATE ADMITTED IN EVIDENCE |
|---|---|---|---|---|
| 1 | Oakland Dock Video taken 2-16-06 | Jose Rodriguez | Demonstrative video of similar forklift and scene in general | |
| 2 | Statement of Facts by O/IPLT #20, Warehouse Supervisor 5-18-05 | Warehouse Supervisor | Detailed account of the circumstances surrounding incident. | |

| | | | | |
|---|---|---|---|---|
| 3 | Statement by John Keaney dated 5-16-05 | John Keaney | Detailed account of the circumstances surrounding incident. | |
| 4 | Statement by Jose Rodriguez dated 5-16-05 | Jose Rodriguez | Detailed account of the circumstances surrounding incident | |
| 5 | Statement by Ramon Hernandez, Swingshift foreman dated 5-17-05 | Ramon Hernandez | Detailed account of the circumstances surrounding incident | |
| 6 | 15 Photographs of injury taken 10-25-05 | Jose Rodriguez | Photos of injury | |
| 7 | 26 Photographs of scene | Jose Rodriguez | Photos of scene | |
| 8 | Ambulance Billing dated 5-16-05 | Custodian of Records of AMR | Cost of emergency transportation | |
| 9 | San Leandro Hospital Billing dated 5-2-05 | Custodian of Records | Cost of Emergency treatment | |
| 10 | Operator Reference Manual for Counterbalanced forklift | John Keaney | Procedures for operating forklift. | |
| 11 | Summary of Medical Billing | Larry Woodcox | Cost incurred for medical treatment | |
| 12 | Training Records of John Keaney | John Keaney | Re: training of John Keaney | |
| 13 | Curriculum Vitae of Robert P. Jasinsky | Robert P. Jasinsky | Re: qualifications of expert | |
| 14 | Expert Report of Robert P. Jasinsky | Robert P. Jasinsky | Expert Report regarding forklift | |
| 15 | Curriculum Vitae of Larry Woodcox, DPM, DC | Larry Woodcox | Re: qualifications of expert | |

| | | | | |
|---|---|---|---|---|
| 16 | Expert Report of Larry Woodcox | Larry Woodcox | Expert Report regarding injury, treatment and billing; future medical treatment and billing | |
| 17 | Wage Information | Custodian of Records, Judy Christen, Yandell Truckaway | Wage information for Jose Rodriguez | |
| 18 | Letter from Eric Nelson, DPM dated 10-31-06 | Eric Nelson | re: Rodriguez modified employment | |

Plaintiffs reserve the right to supplement this list of trial exhibits with any documents that Owens-Brockway Glass Container may produce in response to outstanding expert discovery or otherwise between now and the trial of this matter.

Dated: July 28, 2008

LAW OFFICES OF STEVEN R. JACOBSEN

By _____
STEVEN R. JACOBSEN
BRENDA D. POSADA
Attorneys for Plaintiff Jose Rodriguez