**STEVEN R. JACOBSEN, BAR NO. 95246**
srj@theaccidentallawyer.com
**BRENDA D. POSADA, BAR NO. 152480**
bdp@theaccidentallawyer.com
**LAW OFFICES OF STEVEN R. JACOBSEN**
**901 CLAY STREET**
**OAKLAND, CALIFORNIA 94607**
**TELEPHONE: (510) 465-1500**

**ATTORNEY FOR PLAINTIFF**
**JOSE RODRIGUEZ**

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE RODRIGUEZ, | ) | Case No.: C-07-03630 PJH |
| Plaintiff, | ) ) ) | PLAINTIFF'S WITNESS LIST |
| vs. | ) ) | |
| OWENS-BROCKWAY GLASS CONTAINER, INC., et al., | ) ) ) | TRIAL DATE: September 22, 2008 TIME: 8:30 a.m. LOCATION: Courtroom 3, 17th Floor |
| Defendants. | ) ) | |

Plaintiff Jose Rodriguez hereby submits the following witness list:

| | Name | Address | Brief Statement of Substance |
|---|---|---|---|
| 1 | Jose Rodriguez | c/o Law Offices of Steve R. Jacobsen | Details regarding the circumstances surrounding the incident and his injury and treatment and damages. |
| 2 | Nelida Rodriguez | c/o Law Offices of Steve R. Jacobsen | Details regarding Jose Rodriguez' injury and treatment and damages |
| 3 | Rosario Rodriguez | c/o Law Offices of Steve R. Jacobsen | Details regarding Jose Rodriguez' injury and treatment and damages |
| 4 | Jane Eversole, PT, MA | Laurel Grove Medical Plaza, 19845 Lake Chabot Road, Ste 205, Castro Valley, CA | Physical therapy treatment received by Jose Rodriguez |
| 5 | Eric Nelson, D.P.M. | 13847 East 14th Street, Suite 210, San Leandro, CA 94578 | Medical treatment of Jose Rodriguez |
| 6 | John Keaney | c/o Schiff Hardin, L.L.P | Training and details regarding the circumstances surrounding the incident |

| | Name | Address | Brief Statement of Substance |
|---|---|---|---|
| 7 | Ramon Hernandez | c/o Schiff Hardin, L.L.P | Training and details regarding the circumstances surrounding the incident |
| 8 | Warehouse Supervisor | c/o Schiff Hardin, L.L.P | Re: contents of his Statement of Facts dated 5-18-05 and details regarding the circumstances surrounding the incident. |
| 9 | Custodian of Records for American Medical Response in Modesto | AMR P.O.Box 3429 Modesto, CA 95353 | RE: Medical Billing |
| 10 | Custodian of Records for San Leandro Hospital | 13855 E 14th Street San Leandro, CA 94578 | RE: Medical Billing |
| 11 | Custodian of Records for Axis Physical Therapy | 505 East Romie Lane, Suite 1 Salinas, California 93901 | RE: Medical Billing |
| 12 | Custodian of Records for Healthsouth, Surgery Center of Castro Valley | 20998 Redwood Road Castro Valley, California 94546 | RE: Medical Billing |
| 13 | Custodian of Records for John Boright, M.D. | 2199 Harbor Way Parkway Alameda, California 94502 | RE: Medical Billing |
| 14 | Custodian of Records for Eric T. Fajardo | Salinas Valley Memorial Hosp. 450 East Romie Lane Salinas, California 93901 | RE: Medical Billing |
| 17 | Custodian of Records for Joseph C. Cheng, M.D. Joanne Dephillips, M.D. | 13847 E. 14th Street, Suite 210 San Leandro, Ca 94578 | RE: Medical Billing |
| 20. | Custodian of Records for Bert Gerard Tardieu, M.D. | 240 San Jose Street Salinas, CA 93901 | RE: Medical Billing |
| 21. | Robert P. Jasinsky | 331 La Questa Drive Danville, CA 94526 | Forklift/Liability Expert |
| 22. | Larry H. Woodcox | 1624 Franklin Street, Ste 510 Oakland, CA 94612 | Medical Expert |
| 23. | Custodian of Records for Salinas Valley Memorial Hospital | 450 East Romie Lane Salinas, California 93901 | RE: Medical Billing |
| 24. | CCNA Salinas Home Health | 957A Blanco Circle Salinas, California 93901 | RE: Medical Billing |
| 25. | Custodian of Records Yandell Truckaway | 3474 Buskirk Ave, Ste A Pleasanthill, CA 94523 | RE: Wage information |
| 26. | Custodian of Records | 1250 45th Street, Suite 355 | RE: Medical Billing and |

| | Name | Address | Brief Statement of Substance |
|---|---|---|---|
| | for Viljaya Ram, MD | Emeryville, California 94608 | treatment |
| 27. | Custodian of Records for Eric Nelson, D.P.M. and Peter A. Ternus, D.P.M | 13847 East 14th Street, Suite 210, San Leandro, CA 94578 | RE: Medical Billing and treatment |
| 28. | Custodian of Records for AIG Domestic Claims Services | P.O.Box 15701 Wilmington, Delaware 19850 | RE: Medical Billing |

All parties reserve the right to introduce additional witnesses that are identified subsequent to this list, and to introduce witnesses not identified herein for purposes of impeachment or rebuttal.

Dated: July 29, 2008                    LAW OFFICES OF STEVEN R. JACOBSEN


By_____\\s\_____
    STEVEN R. JACOBSEN
    BRENDA D. POSADA
    Attorneys for Plaintiff