IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RODRIGUEZ, | ) Case No.: C-07-03630 PJH |
| Plaintiff, | ) SPECIAL VERDICT |
| vs. | ) |
| OWENS-BROCKWAY GLASS CONTAINER, INC., et al., | ) Trial Date: September 22, 2008 |
| | ) Time: 8:30 a.m. |
| Defendants. | ) |

We, the jury in the above-entitled action, find the following special verdict on the questions submitted to us:

**Question No. 1:** Was defendant OWENS-BROCKWAY GLASS CONTAINER, INC. negligent?  Answer "yes" or "no".

**Answer:**                                                                 Yes _____   No _____.

*If you answer Question No. 1 "no", sign and return this verdict.*

*If you answer Question No. 1 "yes", then answer the next question.*

1  **Question No. 2:** Was such negligence a cause of injury or damage to plaintiff
2  **JOSE RODRIGUEZ?** Answer "yes" or "no".

3      **Answer:**                                           **Yes _____ No _____.**

4  *If you answer Question No. 2 "no", sign and return this verdict. If you*
5  *answer Question No. 2 "yes", then answer the next question.*

6

7      **Question No. 3:** What do you find to be the total amount of damages,
8  including economic and non-economic damages, if any, suffered by plaintiff
9  **JOSE RODRIGUEZ,** caused by the accident involved herein?

10      **Answer:**
11      **Past economic damages -- medical expenses:**
12                                             **$_____.**
13      **Past economic damages - loss of income:**
14                                             **$_____.**
15      **Future economic damages -- medical expenses:**
16                                             **$_____.**
17      **Future economic damages - loss of income and earning capacity:**
18
19                                             **$_____.**
20      **Past non-economic damages, including physical pain and suffering, loss**
21  **of quality of life, loss of enjoyment of life, physical impairment and**
22  **inconvenience:**
23                                             **$_____.**
24      **Future non-economic damages, including physical pain and suffering,**
25  **loss of quality of life, loss of enjoyment of life, physical impairment and**
26  **inconvenience:**
27                                             **$_____.**
28

**Total damages:**                                                              $_____.

Dated: _____

                                                  _____
                                                                     Foreperson