**STEVEN R. JACOBSEN**, Bar No. 95246
srj@theaccidentallawyer.com
**BRENDA D. POSADA**, BAR NO. 152480
bdp@theaccidentallawyer.com
**LAW OFFICES OF STEVEN R. JACOBSEN**
**901 CLAY STREET**
**OAKLAND, CALIFORNIA 94607**
**TELEPHONE: (510) 465-1500**

**ATTORNEY FOR PLAINTIFF**
**JOSE RODRIGUEZ**

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RODRIGUEZ, | ) Case No.: C-07-03630 PJH |
| Plaintiff, | ) **PLAINTIFF'S DESIGNATION OF** |
| | ) **DEPOSITION EXCERPTS** |
| vs. | ) |
| OWENS-BROCKWAY GLASS CONTAINER, INC., et al., | ) TRIAL DATE: September 22, 2008 |
| | ) TIME:         8:30 a.m. |
| Defendants. | ) LOCATION: Courtroom 3, 17th Floor |

Comes now plaintiff in the above-entitled action, and designates the following deposition excerpts from the transcript of Deposition of Eric W. Nelson, D.P.M taken March 21, 2008, specifically:

    4:1-22

    5:17-21

    6:7-25

    7:1-11

    9:1-9

    9:12-22

    10: 6-25

    11:7-24

    12:5-20

1. 14:22-25
2. 15:18-25
3. 16:1-13
4. 16:19-25
5. 17:1-12
6. 24:5-25
7. 34:16-25
8. 35:1-2

Plaintiff reserves the right to designate further deposition excerpts of testimony not included above for purposes of rebuttal and/or to rehabilitate the witness. Plaintiff further reserves the right to assert any and all objections to testimony of Eric Nelson not designated above.

DATED: July 29, 2008                                LAW OFFICES OF STEVEN R. JACOBSEN


                                                    By_____//s//_____
                                                    BRENDA D. POSADA
                                                    STEVEN R. JACOBSEN
                                                    Attorney for Plaintiff Jose Rodriguez