Schiff Hardin LLP
Stephen M. Hankins (CSB #154886)
shankins@schiffhardin.com
Brian D. Henri (CSB # 200205)
bhenri@schiffhardin.com
Sony B. Barari (CSB #243379)
sbarari@schiffhardin.com
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA  94105
Telephone:    (415) 901-8700
Facsimile:    (415) 901-8701

Attorneys for Defendant
OWENS-BROCKWAY GLASS CONTAINER INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RODRIGUEZ,<br><br>        Plaintiff,<br><br>v.<br><br>OWENS-BROCKWAY GLASS CONTAINER INC. and DOES 1 to 50,<br><br>        Defendants. | Case No.  C-07-03630 PJH<br><br>**DEFENDANT OWENS-BROCKWAY GLASS CONTAINER INC.'S EXHIBIT LIST**<br><br>Trial Date:    September 22, 2008<br>Pretrial Conf.: August 28, 2008 |

Pursuant to Civil L.R. 16-10(b) and the October 19, 2007 Case Management and Pretrial Order of this Court, Defendant Owens-Brockway Glass Container, Inc. ("Owens-Brockway") by and through its attorneys, submits the following exhibit list.

This exhibit list is submitted based on the information currently available to Owens-Brockway, whose trial preparation and investigation is continuing.  Owens-Brockway anticipates and reserves its right to amend and supplement this list based on information subsequently discovered by it.

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANT OWENS-BROCKWAY GLASS
CONTAINER, INC.'S EXHIBIT LIST
CASE NO.  C-07-03630 PJH

| No. | Substance and Purpose | Sponsoring Witness |
|-----|----------------------|--------------------|
| A-1 | Accident Report, including diagrams, witness statements, and excerpts of manual compiled by Owens at time of incident, carrying production Nos. OWENS 00000001-00000009 (defendant's lack of negligence, and plaintiff's contributory negligence and/or assumption of risk). | John Keaney and/or Robert Markovich |
| A-2 | Documents produced by Dr. Eric W. Nelson, D.P.M. (plaintiff's medical status and extent/mitigation of damages) including, but not limited to:<br><br>12:50, 5/17/05 San Leandro Hospital Consultation Report of Dr. Eric W. Nelson<br><br>19:01, 5/17/05 San Leandro Hospital Procedure Report of Dr. Eric W. Nelson<br><br>6/13/05 Healthsouth Surgery Center of Castro Valley History and Physical Report of Dr. Eric W. Nelson.<br><br>6/15/05 Healthsouth Surgery Center of Castro Valley Operative Report of Dr. Eric W. Nelson.<br><br>8/9/05 Salinas Valley Memorial Healthcare System Physician Communication/Supplemental Order of Dr. Eric W. Nelson.<br><br>10/05/05 Healthsouth Surgery Center of Castro Valley Operative Report of Dr. Eric W. Nelson.<br><br>9/11/06 State of California, Division of Workers' Compensation Primary Treating Physician's Permanent and Stationary Report of Dr. Eric W. Nelson.<br><br>10/31/06 Letter from Dr. Eric W. Nelson to Jim Gonzales. | Dr. Eric W. Nelson, D.P.M., and/or Doris Flores (or other Custodian of Records) |

| | | |
|---|---|---|
| | 11/2/07 Functional Capacity Assessment by Dr. Eric W. Nelson. | |
| A-3 | Documents produced by Salinas Valley Memorial Hospital (plaintiff's medical status and extent/mitigation of damages) including, but not limited to:<br><br>6/11/05 Emergency room report of Salinas Valley Memorial Healthcare System by Eric Fajardo, MD | Terry L. Woods (or other Custodian of Records for Salinas Valley Memorial Hospital) |
| A-4 | Documents produced by Plaintiff in Response to Defendant's Request for Production of Documents, Set One (plaintiff's medical status and extent/mitigation of damages) including, but not limited to:<br><br>3/3/06 Mt. Eden Physical Therapy Center Letter to Dr. Eric W. Nelson from Jane Eversole, PT, MA. | Plaintiff Jose Rodriguez and/or Dr. Eric W. Nelson, D.P.M. |
| A-5 | Records produced by Dr. Brian Loyde Inlow on March 17, 2008, carrying production numbers 1-48 (plaintiff's medical status and extent/mitigation of damages). | Dr. Brian Loyde Inlow, DPM. and/or Violate Sanchez (or other Custodian of Records) |
| A-6 | Records produced by Dr. Joseph Cheng on March 13, 2008, carrying production numbers 1-103 (plaintiff's medical status and extent/mitigation of damages). | Dr. Joseph Cheng, MD, and/or Cindi Gee (or other Custodian of Records) |
| A-7 | Records produced by Dr. Bert Gerard Tardieu on April 3, 2008, (plaintiff's medical status and extent/mitigation of damages). | Dr. Bert Gerard Tardieu, MD and/or Diana Hernandez (or other Custodian of Records) |
| A-8 | Records produced by Yandell Truckaway on January 21, 2008 and March 20, 2008 (employer fault, plaintiff fault, contributory negligence, plaintiff's employment). | Rhonda Pollard, Linda Petrosino, Judy Christen, (or other Custodian of Records of Yandell Truckaway, Inc.) |
| A-9 | Photograph depicting signage in and around loading dock (defendant's lack of negligence, and plaintiff's contributory negligence and/or assumption of risk). | Robert Markovich |
| A-10 | Recent video footage of Plaintiff (plaintiff's medical status and extent/mitigation of damages). | David Dillon |
| A-11 | Deposition transcript of Plaintiff Jose Rodriguez, taken December 12, 2007. | Plaintiff Jose Rodriguez |
| A-12 | Deposition transcript of Eric W. Nelson, DPM, | Eric W. Nelson, DPM. |

| | | |
|---|---|---|
| | taken March 21, 2008. | |
| A-13 | Deposition transcript of John Keaney, taken January 10, 2008. | John Keaney |
| A-14 | Records produced by Plaintiffs on March 24, 2008 in response to Defendant's Request for Production of Documents, Set Two (defendant's lack of negligence, and plaintiff's contributory negligence). | Plaintiff Jose Rodriguez |
| A-15 | John Keaney's forklift certification records (defendant's lack of negligence). | Robert Markovich |

Dated: July 29, 2008                          Respectfully submitted

                                                               Schiff Hardin LLP


By: /s/ Stephen M. Hankins
    Stephen M. Hankins
    Attorneys for Defendant
    OWENS-BROCKWAY GLASS
    CONTAINER INC.

**Certificate of Service**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 29th day of July, 2008 with a copy of this document via the Court's CM/ECF system. I certify that all parties in this case that have made an appearance to date are represented by counsel who are CM/ECF participants.

By: /s/ Brian D. Henri
Brian D. Henri