1  Schiff Hardin LLP
   Stephen M. Hankins (CSB #154886)
2  shankins@schiffhardin.com
   Brian D. Henri (CSB # 200205)
3  bhenri@schiffhardin.com
   Sony B. Barari (CSB #243379)
4  sbarari@schiffhardin.com
   One Market, Spear Street Tower
5  Thirty-Second Floor
   San Francisco, CA  94105
6  Telephone:     (415) 901-8700
   Facsimile:      (415) 901-8701
7
   Attorneys for Defendant
8  OWENS-BROCKWAY GLASS CONTAINER
   INC.
9

10                   UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12

13  JOSE RODRIGUEZ,                    Case No.  C-07-03630 PJH

14            Plaintiff,                **OWENS-BROCKWAY GLASS CONTAINER INC.'S WITNESS LIST**

15  v.
                                        Trial Date:     September 22, 2008
16  OWENS-BROCKWAY GLASS                Pretrial Conf.: August 28, 2008
    CONTAINER INC. and DOES 1 to 50,
17
              Defendants.
18

19
         Pursuant to Civil L.R. 16-10(b) and the October 19, 2007 Case Management and Pretrial
20
    Order of this Court, Defendant Owens-Brockway Glass Container, Inc. ("Owens-Brockway") by
21
    and through its attorneys, submits the following witness list.
22
         This witness list is submitted based on the information currently available to Owens-
23
    Brockway, whose trial preparation and investigation is continuing.  Owens-Brockway anticipates
24
    and reserves its right to amend and supplement this list based on information subsequently
25
    discovered by it.
26

27

28

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

OWENS-BROCKWAY GLASS CONTAINER INC.'S
WITNESS LIST
CASE NO. C-07-03630 PJH

| No. | Witness Name | Description of Testimony |
|---|---|---|
| 1 | John Keaney (by deposition or live testimony) | The incident, his training, and his record as a forklift driver. |
| 2 | Dr. Eric W. Nelson (by deposition or live testimony) | Dr. Nelson will provide testimony as to the medical care received by plaintiff, plaintiff's subsequent health and recovery, plaintiff's capacity for physical activity, and plaintiff's ability to resume employment. |
| 3 | Andrew Michael O'Brien | Mr. O'Brien will provide expert testimony as to plaintiff's ability to resume employment and on possible economic damages suffered by plaintiff. |
| 4 | V. Paul Herbert | Mr. Herbert will provide expert testimony as to the customs, standards, and duties of both plaintiff and defendant, and on plaintiff and defendant's compliance with such standards and customs. |
| 5 | Robert Markovich | Mr. Markovich will provide testimony as to the investigation of the incident, the facilities and working conditions at the location of the incident, operating protocols, and to the safety and training programs and standards maintained by defendant. |
| 6 | Rohnda Pollard, Linda Petrosino, Judy Christen (or other Custodian of Records for Yandell Truckaway, Inc.) | Will provide testimony regarding records and documents as well as safety training at Yandell Truckaway, Inc. |
| 7 | Dave Dillon | Mr. Dillon will provide testimony as to the investigation of plaintiff's injuries. |
| 8 | Diana Hernandez (or other Custodian of Records for Dr. Bert Gerard Tardieu). | Will provide testimony regarding records and documents maintained by Dr. Bert Gerard Tardieu. |
| 9 | Cindi Gee (or other Custodian of Records for Dr. Joseph Cheng, MD). | Will provide testimony regarding records and documents maintained by Dr. Joseph Cheng, MD. |
| 10 | Violate Sanchez (or other Custodian of Records for Dr. Brian Loyde Inlow, DPM). | Will provide testimony regarding records and documents maintained by Dr. Brian Loyde Inlow, DPM. |
| 11 | Terry L. Woods (or other Custodian of Records for Salinas Valley Memorial Hospital) | Will provide testimony regarding records and documents maintained by Salinas Valley Memorial Hospital. |

Schiff Hardin LLP
Attorneys At Law
San Francisco

- 1 -

OWENS-BROCKWAY GLASS CONTAINER INC.'S
WITNESS LIST
CASE NO. C-07-03630 PJH

| 12 | Doris Flores (or other Custodian of Records for Dr. Eric W. Nelson, D.P.M.) | Will provide testimony regarding records and documents maintained by Dr. Eric W. Nelson. |

Dated: July 29, 2008

Respectfully submitted,

Schiff Hardin LLP

By: /s/ Stephen M. Hankins
    Stephen M. Hankins
    Attorneys for Defendant
    OWENS-BROCKWAY GLASS
    CONTAINER INC.

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -

OWENS-BROCKWAY GLASS CONTAINER INC.'S
WITNESS LIST
CASE NO. C-07-03630 PJH

1

**Certificate of Service**

2      The undersigned hereby certifies that all counsel of record who are deemed to have

3 consented to electronic service are being served this 29th day of July, 2008 with a copy of this

4 document via the Court's CM/ECF system.  I certify that all parties in this case that have made an

5 appearance to date are represented by counsel who are CM/ECF participants.

6

7                              By:    /s/ Brian D. Henri
                                      Brian D. Henri

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 3 -

OWENS-BROCKWAY GLASS CONTAINER INC.'S
WITNESS LIST
CASE NO.  C-07-03630 PJH