UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RODRIGUEZ,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>OWENS-BROCKWAY GLASS CONTAINER INC. and DOES 1 to 50,<br><br>　　　　　　Defendants. | **[Proposed] SPECIAL VERDICT** |

We answer the questions submitted to us as follows:

1. Did defendant Owens-Brockway have reason to believe that an undue risk would exist by its hiring of John Keaney as a forklift operator at the time it hired him?

　　____ Yes ____ No

2. Did defendant Owens-Brockway breach its duty to exercise ordinary care in its operation of a forklift so as to not create an unreasonable risk of injury to plaintiff Jose Rodriguez?

　　____ Yes ____ No

3. Was defendant Owens-Brockway negligent in its maintenance of the property?

　　____ Yes ____ No

If you answered yes to question 1, 2, or 3 then answer question 4. If you answered no to questions 1, 2, and 3, stop here, answer no further questions, and have the presiding juror sign and date this form.

4. If you answered yes to any of the above questions, was defendant Owens-Brockway conduct a substantial factor in causing harm to plaintiff Jose Rodriguez? .

\_\_\_\_ Yes \_\_\_\_ No

If you answered yes to question 4, then answer question 5. If you answered no to question 4, stop here, answer no further questions, and have the presiding juror sign and date this form.

5. Did plaintiff Jose Rodriguez breach the duty to exercise ordinary care as truck driver in the circumstances?

\_\_\_\_ Yes \_\_\_\_ No

If you answered yes to question 5, then answer question 6. If you answered no to question 5, then skip question 6 and proceed to question 7.

6. Was plaintiff Jose Rodriguez's conduct a substantial factor in causing his harm?
\_\_\_\_ Yes \_\_\_\_ No

7. Did plaintiff Jose Rodriguez's employer, Yandell Trucking, breach its duty to provide training and instruction to him?

\_\_\_\_ Yes \_\_\_\_ No

If you answered yes to question 7, then answer question 8. If you answered no to question 7, then skip question 8 and proceed to question 9.

8. Was Yandell Trucking's conduct a substantial factor in causing harm to Mr. Rodriguez? Conduct is not a substantial factor in causing harm if the same harm would have occurred without that conduct.

\_\_\_\_ Yes \_\_\_\_ No

9. What do you find to the total amount of damages suffered by plaintiff Jose Rodriguez and caused by the accident involved herein?

Answer: (a) Past economic loss

lost earnings .................................. $_____

1               medical expenses............................ $_____
2               other past economic loss ................ $_____
3                   **Total Past** economic damages.... $_____
4       (b)   Future economic loss
5               lost earnings ................................ $_____
6               medical expenses............................ $_____
7               other past economic loss ................ $_____
8                   **Total Future** economic damages $_____
9       (c)   Past non-economic loss,
              including physical pain
10            and mental suffering....................... $_____
11      (d)   Future non-economic loss,
              including physical pain
12            and mental suffering....................... $_____
13                  **Total........................................... $_____**

14.    10.    What percentage of responsibility for plaintiff Jose Rodriguez's harm do you
15  assign to the following?  Insert a percentage for only those who received "yes" answers in
16  questions 4, 6, and 8:
17              Defendant Owens-Brockway . ....................................... _____%
18              Plaintiff Jose Rodriguez ................................................ _____%
19              Yandell Trucking............................................................ _____%
20                  TOTAL ................................................  100%

22  Signed: _____
                Presiding Juror
23
    Dated: _____
24

26  After it has been signed, deliver this verdict form to the [clerk/bailiff/judge]

- 3 -

**Certificate of Service**

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 29th day of July, 2008 with a copy of this document via the Court's CM/ECF system. I certify that all parties in this case that have made an appearance to date are represented by counsel who are CM/ECF participants.

                                            By:    /s/ Brian D. Henri
                                                               Brian D. Henri