Schiff Hardin LLP
Stephen M. Hankins (CSB #154886)
shankins@schiffhardin.com
Brian D. Henri (CSB #200205)
bhenri@schiffhardin.com
Sony B. Barari (CSB #243379)
sbarari@schiffhardin.com
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA  94105
Telephone:    (415) 901-8700
Facsimile:    (415) 901-8701

Attorneys for Defendant
OWENS-BROCKWAY GLASS CONTAINER INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RODRIGUEZ,<br><br>        Plaintiff,<br><br>v.<br><br>OWENS-BROCKWAY GLASS CONTAINER INC. and DOES 1 to 50,<br><br>        Defendants. | Case No.  C-07-03630 PJH<br><br>**DEFENDANT OWENS-BROCKWAY GLASS CONTAINER INC.'S MOTIONS IN LIMINE**<br><br>Trial Date:    September 22, 2008<br>Pretrial Conf.: August 28, 2008 |

**I.   MOTION IN LIMINE NO. 1:  TO EXCLUDE EVIDENCE OF SETTLEMENT OFFERS, COMMUNICATIONS, OR CONDUCT.**

Owens- Brockway Glass Container Inc. ("Owens") moves in limine for an order excluding the introduction or mention of any settlement discussions between the parties, including any offers of settlement made by Owens.  Such evidence is not admissible to prove Owens' liability for Plaintiff's claims or the amount of said claims.  *See* Fed. R. Evid. 408(a).

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

OWENS-BROCKWAY GLASS CONTAINER INC'S
MOTIONS IN LIMINE
CASE NO. C-07-03630 PJH

## II. MOTION IN LIMINE NO. 2: TO EXCLUDE ANY EVIDENCE OF, OR REFERENCE TO, MEDICAL EXPENSES ABOVE THE AMOUNTS PAID TO PLAINTIFF'S MEDICAL CARE PROVIDERS.

This case involves an injury claimed by Plaintiff to his right big toe. Owens anticipates that Plaintiff will seek to introduce evidence of his past medical expenses in this case in attempt to prove damages. Under California case law and statutes, only the amounts *actually paid* by Plaintiff or his insurers and accepted by the medical providers as payment in full are relevant and admissible for purposes of calculating past and future medical expenses. Accordingly, Owens brings this motion in limine to exclude evidence or arguments concerning the amount of any medical bill that represents an amount other than what was actually paid.

California courts have unequivocally held that, where a plaintiff is covered by insurance, the measure of damages for past medical costs is the amount *actually paid* to the medical care providers for their services and *not* the amount the providers billed. *See Nishihama v. City and County of San Francisco,* 93 Cal. App. 4th 298, 306-309 (2001); *see also Hanif v. Housing Authority,* 200 Cal. App. 3d 635, 639-41 (1988) (holding trial court erred in allowing the plaintiff, a Medi-Cal beneficiary, to introduce evidence of the amount physicians billed for their services, which was a figure nearly 50% greater than the amount Medi-Cal actually paid); *Olszewski v. Scripps Health,* 30 Cal. 4th 798, 827 (2003).

Accordingly, because the measure of Plaintiff's damages for past medical costs is the amount *actually paid* to the medical care providers for their services and *not* the amount the providers billed, this Court should issue an order precluding Plaintiff from introducing evidence of or referring to the amount of medical providers' bills, unless such amounts were in fact paid.

## III. MOTION IN LIMINE NO. 3: TO EXCLUDE ANY EVIDENCE OF, OR REFERENCE TO, OTHER ACCIDENTS AT OWENS-BROCKWAY

This case involves an incident in 2005 at a loading dock in Oakland, California operated by Owens. Plaintiff should not be permitted to offer testimony or evidence concerning any other incidents involving Owens on the grounds that they are not relevant to this matter and would prejudice defendant Owens. *See* Fed. R. Evid, 401 and 403. Accordingly, this Court should issue

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -

OWENS-BROCKWAY GLASS CONTAINER INC.'S
MOTIONS IN LIMINE
CASE NO. C-07-03630 PJH

an order precluding Plaintiff from introducing any evidence or testimony regarding any other purported incidents at Owens.

Dated: July 29, 2008

Respectfully Submitted,

Schiff Hardin LLP

By: /s/ Stephen M. Hankins
    Stephen M. Hankins
    Brian D. Henri
    Attorneys for Defendant
    OWENS-BROCKWAY GLASS
    CONTAINER INC.

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 3 -

OWENS-BROCKWAY GLASS CONTAINER INC.'S
MOTIONS IN LIMINE
CASE NO. C-07-03630 PJH

**Certificate of Service**

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 29th day of July, 2008 with a copy of this document via the Court's CM/ECF system. I certify that all parties in this case that have made an appearance to date are represented by counsel who are CM/ECF participants.

By:    /s/ Brian D. Henri
          Brian D. Henri

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 1 -

OWENS-BROCKWAY GLASS CONTAINER, INC.'S
MOTIONS IN LIMINE
CASE NO. C-07-03630 PJH