Schiff Hardin LLP
Stephen M. Hankins (CSB #154886)
shankins@schiffhardin.com
Brian D. Henri (CSB # 200205)
bhenri@schiffhardin.com
Sony B. Barari (CSB #243379)
sbarari@schiffhardin.com
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA  94105
Telephone:    (415) 901-8700
Facsimile:     (415) 901-8701

Attorneys for Defendant
OWENS-BROCKWAY GLASS CONTAINER INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RODRIGUEZ,<br><br>            Plaintiff,<br><br>v.<br><br>OWENS-BROCKWAY GLASS CONTAINER INC. and DOES 1 to 50,<br><br>            Defendants. | Case No.  C-07-03630 PJH<br><br>**DEFENDANT OWENS-BROCKWAY GLASS CONTAINER INC.'S DESIGNATION OF DEPOSITION EXCERPTS AND DISCOVERY RESPONSES**<br><br>Trial Date:      September 22, 2008<br>Pretrial Conf.: August 28, 2008 |

Pursuant to Civil L.R. 16-10(b) and the October 19, 2007 Case Management and Pretrial Order of this Court, Defendant Owens-Brockway Glass Container Inc. ("Owens-Brockway") by and through its attorneys, submits the following designation of deposition excerpts and discovery responses.

This list is submitted based on the information currently available to Owens-Brockway, whose trial preparation and investigation is continuing.  Owens-Brockway anticipates and reserves its right to amend and supplement this list based on information subsequently discovered by it.

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANT OWENS-BROCKWAY GLASS CONTAINER INC.'S DESIGNATION OF DEPO. EXCERPTS & DISCOVERY RESPONSES
CASE NO. C-07-03630 PJH

**I.   DEPOSITION EXCERPTS**

| No. | Witness Name | Page:Line |
|---|---|---|
| 1 | John Keaney | 8:3-8:19 |
| | | 9:25-10:6 |
| | | 13:4-14:17 |
| | | 17:19-18:17 |
| | | 19:12-20:20 |
| | | 25:5-25:12 |
| | | 34:14-38:23 |
| | | 43:17-44:16 |
| | | 45:22-47:25 |
| | | 48:6-49:22 |
| | | 56:15-56:25 |
| | | 59:17-60:5 |
| | | 61:3-61:7 |
| | | 63:10-63:22 |
| | | 64:5-66:16 |
| | | 67:21-68:4 |
| | | 69:5-69:9 |
| 2 | Eric W. Nelson | 7:20-9:9 |
| | | 9:23-12:4 |
| | | 12:21-14:9 |
| | | 15:3-15:5 |
| | | 17:13-18:12 |
| | | 18:13-19:7 |
| | | 20:6-20:21 |
| | | 21:9-21:16 |
| | | 21:20-24:1 |
| | | 24:5-25:3 |
| | | 25:18-27:15 |
| | | 27:18-29:18 |
| | | 30:9-33:11 |
| | | 33:12-34:15 |
| | | 35:21-36:25 |

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 1 -

DEFENDANT OWENS-BROCKWAY GLASS
CONTAINER INC.'S DESIGNATION OF DEPO.
EXCERPTS & DISCOVERY RESPONSES
CASE NO. C-07-03630 PJH

## II. DISCOVERY

| Discovery | Responses |
|---|---|
| Plaintiff's Responses to Interrogatories, Set One | Plaintiff's Responses to Interrogatories, Set One, Including Responses to: Interrogatory No. 1, Interrogatory No. 3, Interrogatory No. 5 |

Dated: July 29, 2008

Respectfully submitted,

Schiff Hardin LLP

By: /s/ Stephen M. Hankins
Stephen M. Hankins
Attorneys for Defendant
OWENS-BROCKWAY GLASS
CONTAINER INC.

ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -

DEFENDANT OWENS-BROCKWAY GLASS
CONTAINER INC.'S DESIGNATION OF DEPO.
EXCERPTS & DISCOVERY RESPONSES
CASE NO. C-07-03630 PJH

## Certificate of Service

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 29th day of July, 2008 with a copy of this document via the Court's CM/ECF system. I certify that all parties in this case that have made an appearance to date are represented by counsel who are CM/ECF participants.

By: /s/ Brian D. Henri
Brian D. Henri

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 3 -

DEFENDANT OWENS-BROCKWAY GLASS
CONTAINER INC.'S DESIGNATION OF DEPO.
EXCERPTS & DISCOVERY RESPONSES
CASE NO. C-07-03630 PJH