**STEVEN R. JACOBSEN,** BAR NO. 95246
srj@theaccidentallawyer.com
**BRENDA D. POSADA,** BAR NO. 152480
bdp@theaccidentallawyer.com
**LAW OFFICES OF STEVEN R. JACOBSEN**
**901 CLAY STREET**
**OAKLAND, CALIFORNIA 94607**
**TELEPHONE: (510) 465-1500**

**ATTORNEYS FOR PLAINTIFFS**
**JOSE RODRIGUEZ**

Schiff Hardin LLP
Stephen M. Hankins (CSB #154886)
shankins@schiffhardin.com
Sony B. Barari (CSB #243379)
sbarari@schiffhardin.com
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA  94105
Telephone:    (415) 901-8700
Facsimile:     (415) 901-8701

Attorneys for Defendant
OWENS-BROCKWAY GLASS CONTAINER INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RODRIGUEZ,<br><br>          Plaintiff,<br><br>     vs.<br><br>OWENS-BROCKWAY GLASS CONTAINER, INC., et al.,<br><br>          Defendants. | Case No.: C-07-03630 PJH<br><br>**JOINT REQUEST FOR ADMINISTRATIVE RELIEF**<br>**Civil Local Rule 7-11** |

The parties in this action jointly move this court for an extension of the expert discovery deadline currently set for July 31, 2008.  Parties move this court jointly under Civil Local Rule 7-11 for administrative relief.  Expert Larry Woodcox disclosed by plaintiff's counsel was not available for deposition until August 7, 2008.  Due to limited availability of Defendant's experts

-1-

JOINT REQUEST FOR ADMINISTRATIVE RELIEF
Case No.: C-07-03630 PJH

and conflicts for counsel, depositions for both of Defendant's experts could not be scheduled until mid-August, and the deposition of plaintiff's expert Robert P. Jasinsky could not be scheduled until August 11, 2008.

The parties recognize that the court's set expert discovery deadline cannot be superseded by stipulation alone and therefore request this court for administrative relief in that the deadline to depose all experts is fast approaching, namely July 31, 2008.

For reasons stated above, the parties request up and until August 31, 2008 to complete their expert discovery.

DATED: July 30, 2008                    Law Offices of Steve R. Jacobsen


                                        By_____\\s\_____
                                            Steven R. Jacobsen
                                            Brenda D. Posada
                                            Attorneys for Plaintiff
                                            Jose Rodriguez


DATED: July 30, 2008                    Schiff Hardin LLP


                                        By_____\\s\_____
                                            Sony B. Barari
                                            Stephen M. Hankins
                                            Brian D. Henri
                                            Attorneys for Owens-BrockwayGlass Container Inc.

[PROPOSED] ORDER

Having duly considered the parties joint request to extend expert discovery cutoff, it is the order of the court that the expert discovery deadline is extended to and until August 29, 2008.

So Ordered.

Date: _____

                                              Hon. Phyllis J. Hamilton
                                              United States District Judge