Schiff Hardin LLP
Stephen M. Hankins (CSB #154886)
shankins@schiffhardin.com
Brian D. Henri (CSB #200205)
bhenri@schiffhardin.com
Sony B. Barari (CSB #243379)
sbarari@schiffhardin.com
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA  94105
Telephone:     (415) 901-8700
Facsimile:      (415) 901-8701

Attorneys for Defendant
OWENS-BROCKWAY GLASS CONTAINER INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RODRIGUEZ,<br><br>        Plaintiff,<br><br>v.<br><br>OWENS-BROCKWAY GLASS CONTAINER INC. and DOES 1 to 50,<br><br>        Defendants. | Case No.  C-07-03630 PJH<br><br>**DECLARATION OF BRIAN D. HENRI IN SUPPORT OF DEFENDANT OWENS-BROCKWAY GLASS CONTAINER INC.'S OPPOSITION TO PLAINTIFF'S MOTIONS IN LIMINE**<br><br>Trial Date:     September 22, 2008<br>Pretrial Conf.: August 28, 2008 |

I, Brian D. Henri, state and declare as follows:

1.      I am an attorney licensed to practice before the courts of the State of California and am a Partner in the law firm of Schiff Hardin LLP, counsel for defendant Owens-Brockway Glass Container Inc. ("Owens") in this action.  The following facts are within my personal knowledge and, if called to testify as a witness, I could and would competently testify with regard thereto.

2.      Attached hereto as Exhibit A is a true and correct copy of a U.S. Department of Justice Employment Eligibility Verification form, signed by plaintiff Jose Rodriguez, dated September 21, 2004.  This document was produced by plaintiff's employer, Yandell Trucking, in

Schiff Hardin LLP
Attorneys At Law
San Francisco

DECLARATION OF BRIAN D. HENRI IN SUPPORT OF DEFENDANT
OWENS-BROCKWAY GLASS CONTAINER INC'S OPPOSITION TO
PLAINTIFF'S MOTIONS IN LIMINE
CASE NO.  C-07-03630 PJH

1  response to a subpoena from Owens in this case.

2  I declare under penalty of perjury under the laws of the United States of America that the
3  foregoing is true and correct.

4  Executed this 13th day of August, 2008, at San Francisco, California

```
                                            /s/ Brian D. Henri
                                            Brian D. Henri
```

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -

DECLARATION OF BRIAN D. HENRI IN SUPPORT OF
DEFENDANT OWENS-BROCKWAY GLASS CONTAINER
INC'S OPPOSITION TO PLAINTIFF'S MOTIONS IN LIMINE
CASE NO. C-07-03630 PJH

**Certificate of Service**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 13th day of August, 2008 with a copy of this document via the Court's CM/ECF system. I certify that all parties in this case that have made an appearance to date are represented by counsel who are CM/ECF participants.

By: /s/ Brian D. Henri
Brian D. Henri

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 3 -

DECLARATION OF BRIAN D. HENRI IN SUPPORT OF
DEFENDANT OWENS-BROCKWAY GLASS CONTAINER
INC'S OPPOSITION TO PLAINTIFF'S MOTIONS IN LIMINE
CASE NO. C-07-03630 PJH