# EXHIBIT A

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0136
Employment Eligibility Verification

Please read instructions carefully before completing this form. The instructions must be available during completion of this form. ANTI-DISCRIMINATION NOTICE. It is illegal to discriminate against work eligible individuals. Employers CANNOT specify which document(s) they will accept from an employee. The refusal to hire an individual because of a future expiration date may also constitute illegal discrimination.

### Section 1. Employee Information and Verification. To be completed and signed by employee at the time employment begins

Print Name: Last **Rodriguez** First **Jose** Middle Initial **J** Maiden Name

Address (Street Name and Number) **21 Alameda Ave** Apt. #

Date of Birth (month/day/year) **4 30 61**

City **Salinas** State **CA** Zip Code **93901**

Social Security # **561 47 4253**

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

I attest, under penalty of perjury, that I am (check one of the following):
- [x] A citizen or national of the United States
- [ ] A Lawful Permanent Resident (Alien # A _____)
- [ ] An alien authorized to work until ___/___/___
      (Alien # or Admission # _____)

Employee's Signature **Jose J Rodriguez**

Date (month/day/year) **9-21-04**

Preparer and/or Translator Certification. (To be completed and signed if Section 1 is prepared by a person other than the employee.) I attest, under penalty of perjury, that I have assisted in the completion of this form and that to the best of my knowledge the information is true and correct.

Preparer's/Translator's Signature    Print Name

Address (Street Name and Number, City, State, Zip Code)    Date (month/day/year)

### Section 2. Employer Review and Verification. To be completed and signed by employer. Examine one document from List A OR examine one document from List B and one from List C as listed on the reverse of this form and record the title, number and expiration date, if any, of the document(s)

| List A | OR | List B | AND | List C |
|---|---|---|---|---|
| Document title: **Driver Lisens** | | | | |
| Issuing authority: **Cal** | | | | |
| Document #: | | | | |
| Expiration Date (if any): **4/20/05** | | ___/___/___ | | ___/___/___ |
| Document #: **N7927062** | | | | |
| Expiration Date (if any): **4/30/05** | | | | |

CERTIFICATION - I attest, under penalty of perjury, that I have examined the document(s) presented by the above-named employee, that the above-listed document(s) appear to be genuine and to relate to the employee named, that the employee began employment on (month/day/year) ___/___/___ and that to the best of my knowledge the employee is eligible to work in the United States. (State employment agencies may omit the date the employee began employment).

Signature of Employer or Authorized Representative **Mike Vaquer**

Print Name **Mike Vaquer**

Title **Terminal Manager**

Business or Organization Name **Yandell**

Address (Street Name and Number, City, State, Zip Code) **201 S. Hillview Dr Milpitas CA 95035**

Date (month/day/year) **9-21-04**

### Section 3. Updating and Reverification. To be completed and signed by employer

A. New Name (if applicable)    B. Date of rehire (month/day/year) (if applicable)

C. If employee's previous grant of work authorization has expired, provide the information below for the document that establishes current employment eligibility.

Document Title:    Document #:    Expiration Date (if any): ___/___/___

I attest, under penalty of perjury, that to the best of my knowledge, this employee is eligible to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.

Signature of Employer or Authorized Representative    Date (month/day/year)

Form I-9 (Rev. 11-21-91) N