Schiff Hardin LLP
Stephen M. Hankins (CSB #154886)
shankins@schiffhardin.com
Brian D. Henri (CSB #200205)
bhenri@schiffhardin.com
Sony B. Barari (CSB #243379)
sbarari@schiffhardin.com
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA  94105
Telephone:     (415) 901-8700
Facsimile:      (415) 901-8701

Attorneys for Defendant
OWENS-BROCKWAY GLASS CONTAINER INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RODRIGUEZ,<br><br>                  Plaintiff,<br><br>v.<br><br>OWENS-BROCKWAY GLASS CONTAINER INC. and DOES 1 to 50,<br><br>                  Defendants. | Case No.  C-07-03630 PJH<br><br>**DECLARATION OF STEPHEN M. HANKINS IN SUPPORT OF DEFENDANT OWENS-BROCKWAY GLASS CONTAINER INC.'S OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE NO. 3 AND MOTION IN LIMINE NO. 4**<br><br>Trial Date:      September 22, 2008<br>Pretrial Conf.: August 28, 2008 |

I, Stephen M. Hankins, state and declare as follows:

1.    I am an attorney licensed to practice before the courts of the State of California and am a partner in the law firm of Schiff Hardin LLP, counsel for defendant Owens-Brockway Glass Container Inc. ("Owens") in this action.  The following facts are within my personal knowledge and, if called to testify as a witness, I could and would competently testify with regard thereto.

2.    Attached hereto as Exhibit A is a true and correct copy of Plaintiff's Fed. Rule Civ. P. 26(a)(1) Initial Disclosures, served on October 9, 2007.

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

HANKINS DEC. ISO DEFENDANT'S OPPOSITION TO PLAINTIFF'S
MOTIONS IN LIMINE  NO. 3 AND MOTION IN LIMINE NO. 4
CASE NO. C-07-03630 PJH

1   3.  Attached hereto as Exhibit B is a true and correct copy of Plaintiff's Witness List, served on July 29, 2008.

2   4.  Attached hereto as Exhibit C is a true and correct copy of Defendant's Request for Production of Documents to Plaintiff, Set Two, served on February 22, 2008.

3   5.  Attached hereto as Exhibit D is a true and correct copy of Plaintiff's Responses to Request for Production of Documents, Set Two, dated March 24, 2004.

4   6.  Attached hereto as Exhibit E is a true and correct copy of a Letter from Sony Barari to Catherine Douat, dated April 1, 2008.

5   7.  Attached hereto as Exhibit F is a true and correct copy of Plaintiff's Exhibit List, filed and served on July 29, 2008.

6   8.  Attached hereto as Exhibit G is a true and correct copy of excerpts of the deposition of John Keaney, taken by Plaintiff on January 10, 2008.

7   9.  Attached hereto as Exhibit H is a true and correct copy of the Expert Report of Robert P. Jasinsky, expert for Plaintiff, as served on Defendant by Plaintiff on July 3, 2008.

10. On July 21, 2008, we first received the purported videotape taken by plaintiff on February 16, 2006 despite repeated requests formally in discovery and informally in various meet and confer communications with Plaintiff's counsel.

11. The photograph of the sign, and the documents pertaining to Mr. Keaney's certification and training were all produced and disclosed by my office promptly after (a) their creation or discovery, (b) it was apparent that they would be relied upon by Owens in its defense of the claims in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of August, 2008, at San Francisco, California

/s/ Stephen M. Hankins
Stephen M. Hankins

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -

HANKINS DEC. ISO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTIONS IN LIMINE NO. 3 AND MOTION IN LIMINE NO. 4
CASE NO. C-07-03630 PJH

## Certificate of Service

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 15th day of August, 2008 with a copy of this document via the Court's CM/ECF system. I certify that all parties in this case that have made an appearance to date are represented by counsel who are CM/ECF participants.

By:   /s/ Stephen M. Hankins
      Stephen M. Hankins

SF\9211436.1

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 3 -

HANKINS DEC. ISO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTIONS IN LIMINE NO. 3 AND MOTION IN LIMINE NO. 4
CASE NO. C-07-03630 PJH