EXHIBIT A

STEVEN R. JACOBSEN
BAR NO. 95246
CATHERINE R. DOUAT
BAR NO. 129134
LAW OFFICES OF STEVEN R. JACOBSEN
901 CLAY STREET
OAKLAND, CALIFORNIA 94607
(510) 465-1500

ATTORNEYS FOR PLAINTIFF
JOSE RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

NORTHERN DIVISION

| | |
|---|---|
| JOSE RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>OWENS-BROCKWAY GLASS CONTAINER, INC., and DOES 1 to 50<br><br>　　　　Defendants. | Case No.: 07-CV-03630 PJH<br><br>**Plaintiff's FRCP Rule 26 (a)(1) Initial Disclosure** |

Comes now plaintiff JOSE RODRIGUEZ and presents this initial disclosure pursuant to Federal Rule of Civil Procedure section 26(a)(1).

A. **Witnesses**

Unknown at this time.

B. **DOCUMENTS**

　　　1.　　Medical records of:

　　　　　　a)　Eric W. Nelson, D.P.M.
　　　　　　　　13847 E. 14th Street, Suite 210
　　　　　　　　San Leandro, California 94578

　　　　　　b)　CCNA Salinas Home Health
　　　　　　　　957A Blanco Circle
　　　　　　　　Salinas, California 93901

-1-

RULE 26(a)(1) DISCLOSURE

c) Healthsouth Surgery Center of Castro Valley
20998 Redwood Road
Castro Valley, California 94546

d) Viljaya Ram, M.D.
1250 45th Street, Suite 355
Emeryville, California 94608

e) Peter A. Ternus, M.D.
13847 E. 14th Street, Suite 210
San Leandro, California 94578

f) Inpatient Consultants of California
5855 Doyle, Suite 108
Emeryville, California 94608

g) San Leandro Hospital
13855 E. 14th Street
San Leandro, California 94578

h) Salinas Valley Memorial Hospital
450 East Romie Lane
Salinas, California 93901

i) Axis Physical Therapy
505 East Romie Lane, Suite 1
Salinas, California 93901

l) Eden Hospital Medical Center
20103 Lake Chabot Road
Castro Valley, California 94546

m) John Boright, M.D.
2199 Harbor Way Parkway
Alameda, California 94502

n) Joanne Dephillips
San Leandro Hospital
13855 E. 14th Street
San Leandro, California 94578

o) Pacific Imaging & San Leandro Imaging Consultants
2425 Washington Avenue, Suite 120
San Leandro, California 94577

p) Quest Diagnostics
San Leandro Medical Arts Building
13847 East 14th Street, Suite 208
San Leandro, California 94578

-2-
RULE 26(a)(1) DISCLOSURE

q) Labcorp
San Leandro Medical Arts Building
13847 East 14th Street, Suite 106
San Leandro, California 94578

r) Stanford Clinical Laboratories
12851 East 14th Street, Suite 305
San Leandro, California 94578

2. Wage loss documents

3. Worker's Compensation File, from AIG Insurance

C. **COMPUTATION OF DAMAGES**

Unable to computate damages at this time.

Dated: October 9, 2007                    LAW OFFICES OF STEVEN R. JACOBSEN

By _____
CATHERINE R. DOUAT

PROOF OF SERVICE BY MAIL - C.C.P. 1013a, 2015.5

I declare under penalty of perjury, under the laws of the State of California, that: I am employed in the County of Alameda; I am over the age of eighteen years and not a party to the within action; my business address is 901 Clay Street, Oakland, California 94607; on the date below written I served copies of the attached

*Plaintiff's FRCP RULE 26(a)(1) Disclosure*

on all parties to the within action by placing true copies thereof in sealed envelopes, with postage fully prepaid, in the United States mail at Oakland, California, addressed as follows:

Stephen M. Hankins, Esq.　　　　　　　　Counsel for defendant
Bita A. Karabian, Esq.　　　　　　　　　OWENS-BROCKWAY GLASS
SCHIFF, HARDIN LLP　　　　　　　　　　CONTAINER, INC.
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105


Executed at Oakland, California on October 9, 2007.

_____
PATRICIA DAVILA

PROOF OF SERVICE