# EXHIBIT C

```
1   Schiff Hardin LLP
    Stephen M. Hankins (CSB #154886)
2   shankins@schiffhardin.com
    Bita A. Karabian (CSB #197539)
3   bkarabian@schiffhardin.com
    Sony B. Barari (CSB #243379)
4   sbarari@schiffhardin.com
    One Market, Spear Street Tower
5   Thirty-Second Floor
    San Francisco, CA 94105
6   Telephone:    (415) 901-8700
    Facsimile:    (415) 901-8701
7
    Attorneys for Defendant
8   OWENS-BROCKWAY GLASS CONTAINER
    INC.
9
```

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

13   JOSE RODRIGUEZ,                    Case No. C-07-03630 PJH

14              Plaintiff,               **REQUEST FOR PRODUCTION OF
                                         DOCUMENTS TO PLAINTIFF, SET TWO**
15   v.

16   OWENS-BROCKWAY GLASS
     CONTAINER INC. and DOES 1 to 50,
17
                Defendants.
18

19

20        PROPOUNDING PARTY:    Defendant Owens-Brockway Glass Container Inc.

21        RESPONDING PARTY:     Plaintiff Jose Rodriguez

22        SET NO.:              Two

23        Pursuant to Federal Rule of Civil Procedure 34, defendant Owens-Brockway Glass

24   Container Inc. ("Owens") hereby propounds this second set of document requests to plaintiff Jose

25   Rodriguez. Responses to these document requests are due thirty (30) days after service.

26   Responses should be sent to counsel for defendant, Schiff Hardin, LLP One Market, Spear Street

27   Tower, 32nd Floor, San Francisco, California 94105.

28   ///

///

## GENERAL INSTRUCTIONS

1. You are required to produce the original and each non-identical copy of each document or other tangible thing requested herein which is in your possession, custody, or control or that any of your agents, attorneys, employees, or representatives maintain in their possession, custody, or control. If the original or original carbon copy is not in your possession, custody, or control or that of your agents, attorneys, employees, or representatives, a full, clear, legible copy thereof is to be produced.

2. If you object to a portion of the request, produce all documents called for by that portion of the request to which you do not object.

3. You are required to produce each document and/or tangible thing requested in a document request as it is kept in the usual course of business, including all file folders, binders, notebooks, and other devices by which each paper or thing may be organized or separated.

4. If you or your counsel asserts that any document or thing required to be produced is privileged or is otherwise protected from discovery, please set forth in your written response, with respect to each document or thing for which the claim of privilege is made:

   (a) The name of the author of the document;

   (b) The name of the sender of the document, if different from the author;

   (c) The name of the person to whom copies were sent or otherwise made available;

   (d) The business affiliation and job title of every person named in (a), (b) and (c) above;

   (e) The date of the document;

   (f) A brief description of the nature (e.g., letter, memorandum) and subject matter of the document; and

   (g) The basis for the privilege claimed.

5. If you are aware of the existence of any documents that you are unable to produce, specify in writing and serve upon the undersigned a list indicating the identity of such documents.

The identification, for each such document, should set forth whether the document (i) has been destroyed, (ii) has been lost, misplaced, or stolen, or (iii) has never been, or is no longer, in the possession, custody, or control of the responding party, in which case the name and address of any person or entity known or believed by you to have possession, custody, or control of that document should be identified. In each instance, explain the circumstances surrounding the disposition and state the date or approximate date thereof.

## DEFINITIONS

1. As used herein, the term "You" or "Your" shall mean and refer to plaintiff Jose Rodriguez and all of his heirs, assigns, representatives, attorneys, and agents, and all persons authorized to act on his behalf.

2. As used herein, the term "Incident" Shall mean and refer to the accident on May 16, 2005 that is the subject matter of this litigation.

3. As used herein, the term "Identify" shall mean (a) with respect to an individual, to state the person's name, job title, and current or last known business address; and (b) with respect to an entity, to state the name of the entity and the address of the entity's principal place of business.

5. As used herein, the term "Document" shall mean and refer to any handwriting, typewriting, printing, photostating, photographing, and any other means of recording upon any tangible thing any form of communication or representation, including letters, words, pictures, sounds, or symbols, or imitations thereof (including, without limitation, correspondence, letters, memoranda, notes, words, books, papers, telegrams, telexes, facsimiles, dictation or other audio tapes, videotapes, computer tapes, computer disks, computer printouts, microfilm, microfiche, worksheets, diaries, calendars, photographs, charts, drawings, minutes, agendas, bulletins, reports, contracts, electronic mail, and all other writings or drafts thereof). "Document" also includes any and all drafts of the above and any and all handwritten notes or notations in any form, together with attachments to any such Documents.

## DOCUMENTS TO BE PRODUCED

**REQUEST FOR PRODUCTION NO. 8:**

Please produce any and all Documents depicting the site of the Incident.

**REQUEST FOR PRODUCTION NO. 9:**

Please produce any photographs, films, or videotapes depicting any place or thing concerning the Incident taken at any time.

**REQUEST FOR PRODUCTION NO. 10:**

Please produce any diagram, reproduction, or model of any place or thing concerning the Incident taken at any time.

**REQUEST FOR PRODUCTION NO. 11:**

If You contend You are unable to return to your profession as a truck driver, please produce all Documents supporting Your contention.

**REQUEST FOR PRODUCTION NO. 12:**

Please produce any and all Documents relating to any efforts You have undertaken to seek employment of any kind since the Incident.

**REQUEST FOR PRODUCTION NO. 13:**

Please produce any and all Documents relating to any efforts You have undertaken to seek vocational rehabilitation training since the Incident.

**REQUEST FOR PRODUCTION NO. 14:**

Please produce any and all wage loss Documents identified in Your Rule 26 initial disclosure.

**REQUEST FOR PRODUCTION NO. 15:**

Please produce the worker's compensation file from AIG Insurance identified in Your Rule 26 initial disclosure.

| | | |
|---|---|---|
| 1 | Dated: February 22, 2008 | Schiff Hardin LLP |
| 2 | | |
| 3 | | By [signature] |
| 4 | | Stephen M. Hankins |
| | | Bita A. Karabian |
| 5 | | Sony B. Barari |
| | | Attorneys for Defendant |
| 6 | | OWENS-BROCKWAY GLASS CONTAINER INC. |

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

REQUEST FOR PRODUCTION OF
DOCUMENTS TO PLAINTIFF, SET TWO      - 5 -

Rodriguez v. Owens-Brockway Glass Container Inc..
Alameda County Superior Court No. RG 07325805
[USCD No. District, Case No. C-07-03630 PJH]

## PROOF OF SERVICE

I, the undersigned, certify and declare as follows:

I am over the age of eighteen years and not a party to this action. My business address is One Market, Spear Street Tower, 32nd Floor, San Francisco, California. On the date stated below, at San Francisco, California, I served the attached document(s) on the parties in this action as follows:

REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF, SET TWO

☒   By causing the document listed above to be personally delivered to one or more of the person(s) set forth below (pursuant to C.C.P. § 1011)

Catherine R. Douat
The Law Offices of Steven R. Jacobsen
901 Clay Street
Oakland, CA 94607

*Attorneys for Plaintiffs*

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on  2/22/        , 2008, at San Francisco, California.

_____
Susan Robinson

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO