EXHIBIT D

Case 3:07-cv-03630-PJH    Document 43-5    Filed 08/15/2008    Page 1 of 18

1  STEVEN R. JACOBSEN
   BAR NO. 95246
2  CATHERINE R. DOUAT
   BAR NO. 129134
3  LAW OFFICES OF STEVEN R. JACOBSEN
   901 CLAY STREET
4  OAKLAND, CALIFORNIA 94607
   (510) 465-1500
5
   ATTORNEYS FOR PLAINTIFF
6  JOSE RODRIGUEZ

7

8              IN THE UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT

10

11 | JOSE RODRIGUEZ,                )  Case No.: C-07-03630 PJH
                                    )
12 |         Plaintiff,              )  PLAINTIFF'S RESPONSES TO REQUEST
                                    )  FOR PRODUCTION OF DOCUMENTS,
13 | vs.                             )  SET TWO
                                    )
14 | OWENS-BROCKWAY GLASS            )
   | CONTAINER, INC., et al.,        )
15 |                                 )
   |         Defendants.             )
16 |                                 )

17      PROPOUNDING PARTY:      Defendant, OWENS-BROCKWAY GLASS

18                              CONTAINER, INC.

19      RESPONDING PARTY:       Plaintiff, JOSE RODRIGUEZ

20      SET NUMBER:             TWO

21      Plaintiff JOSE RODRIGUEZ responds to the above-referenced request for production of

22 documents as follows:

23      The attached documents are true and correct copies of all of the documents, which, plaintiff

24 currently possesses, or has under his control which respond to the requests made by defendants.

25 Discovery is continuing, and plaintiff may obtain, subsequent to the date of this response, further

26 documents, which pertain to the items requested. Plaintiff reserves the right to amend and

27 supplement this response with such other documents, and to use such other and supplemental

28 documents at trial.

RESPONSE TO REQUEST No. 8:

Plaintiff produces copies of twenty-six photographs of the scene of the incident.

RESPONSE TO REQUEST No. 9:

Objection, attorney-work product privilege. Without waving said objection, plaintiff produces copies of twenty-six photographs of the scene of the incident.

RESPONSE TO REQUEST No. 10:

See response to request No. 8, above.

RESPONSE TO REQUEST No. 11:

Plaintiff has already produced copies of the medical records in his possession or under his control; therefore they will not be duplicated here.

RESPONSE TO REQUEST No. 12:

These documents are contained in the Worker's Compensation file, which is not within plaintiff's possession or control at the present time.

RESPONSE TO REQUEST No. 13:

These documents are contained in the Worker's Compensation file, which is not within plaintiff's possession or control at the present time.

RESPONSE TO REQUEST No. 14:

These documents are in requesting party's possession, as they have been subpoena from plaintiff's employer Yandell Truckwell, Inc., by requesting party; therefore, they will not be duplicated here.

RESPONSE TO REQUEST No. 15:

Plaintiff does not have these documents in his possession or under his control at this time.

Dated: March 24, 2008

LAW OFFICES OF STEVEN R. JACOBSEN

By_____
CATHERINE R. DOUAT
Attorney for Plaintiff

PLAINTIFF'S RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS, SET TWO

*VERIFICATION WILL FOLLOW*

*IN THE MAIL*
















































PROOF OF SERVICE BY MAIL - C.C.P. 1013a, 2015.5

I declare under penalty of perjury, under the laws of the State of California, that: I am employed in the County of Alameda; I am over the age of eighteen years and not a party to the within action; my business address is 901 Clay Street, Oakland, California 94607; on the date below written I served copies of the attached

***PLAINTIFF'S RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS, SET TWO***

on all parties to the within action by placing true copies thereof in sealed envelopes, with postage fully prepaid, in the United States mail at Oakland, California, addressed as follows:

Stephen M. Hankins, Esq.
Bita A. Karabian, Esq.
SCHIFF, HARDIN LLP
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105

Counsel for defendant
OWENS-BROCKWAY GLASS CONTAINER, INC.

Executed at Oakland, California on March 24, 2008.

_____
PATRICIA DAVILA

PROOF OF SERVICE