# EXHIBIT E

Case 3:07-cv-03630-PJH   Document 43-6   Filed 08/15/2008   Page 1 of 3



Sony B. Barari
415-901-8618
sbarari@schiffhardin.com

ONE MARKET
SPEAR STREET TOWER
THIRTY-SECOND FLOOR
SAN FRANCISCO, CA  94105

t 415.901.8700
f 415.901.8701
www.schiffhardin.com

April 1, 2008

VIA FACSIMILE AND U.S. MAIL

Catherine R. Douat
Law Offices of Steven R. Jacobsen
901 Clay Street
Oakland, CA  94607

      Re:   *Jose Rodriguez v. Owens-Brockway Glass Container, Inc.*
            U.S. District Court for the Northern District, Case No.  C-07-03630 PJH

Dear Ms. Douat:

    We are in receipt of Plaintiff's Responses to Owens-Brockway's Second Request for Production of Documents.  The video tape you showed at the recent mediation in this case was responsive to multiple requests, but it appears you have determined that the videotape is privileged and will not be produced.  *See* Plaintiff's Objection and Responses to Request for Production of Documents No. 9.  Be advised that we will move for this evidence, and any other similarly withheld evidence, to be excluded from further proceedings in this action based upon your refusal to produce it during discovery.

    The black and white copies of photographs that you produced in response to Request Nos. 8 and 9 were not copied so as to be viewable.  If plaintiff plans on using these photographs as evidence in this action, can you please send us photographic prints taken directly from the negatives?  We will reimburse you for reasonable duplicating costs.

    Additionally, please be advised that I will be managing this case going forward while Ms. Karabian is on leave.  Accordingly, please direct all future correspondence in this matter to myself and/or Stephen M. Hankins.

    Thank you for your attention and please call with any questions.

                                                                  Very truly yours.

                                                                  Sony B. Barari

SBB:sfr

| Transmission Report | | | |
|---|---|---|---|
| Date/Time | 04-01-2008 02:17:58 p.m. | Transmit Header Text | |
| Local ID 1 | 4159050365 | Local Name 1 | line1 |
| Local ID 2 | | Local Name 2 | |

This document : Confirmed
(reduced sample and details below)
Document size : 8.5"x11"



One Market
Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105
t 415.901.8700
f 415.901.8701
www.schiffhardin.com

# FAX TRANSMITTAL FORM

Please deliver the following.                DATE: April 1, 2008

**TO:**                                       Telecopier Number:
Catherine R. Douat                            510-465-1501
Law Offices of Steven R. Jacobsen

**FROM:** Sony Barari

NUMBER OF PAGES INCLUDING COVER SHEET: 2

BILLING NUMBER: 34046-0045

DESCRIPTION OF MATERIAL BEING SENT: Jose Rodriguez v. Owens-Brockway Glass Container Inc.

**ADDITIONAL MESSAGE:** Please see attached.

SF\671586.1

PLEASE CALL 415-901-8745 AS SOON AS POSSIBLE IF NOT RECEIVING PROPERLY

*PRIVILEGED AND CONFIDENTIAL* - All information transmitted hereby is intended only for the use of the addressee(s) named above. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient(s), please note that any distribution or copying of this communication is strictly prohibited. Anyone who receives this communication in error should notify us immediately by telephone and return the original message to us at the above address via the U.S. Mail.

Chicago | Washington | New York | Lake Forest | Atlanta | San Francisco

34046\34046-0045
671586.1

Total Pages Scanned : 2           Total Pages Confirmed : 2

| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 136 | 15104651501 | 02:17:05 p.m. 04-01-2008 | 00:00:20 | 2/2 | 1 | EC | HS | CP31200 |

Abbreviations:
HS: Host send         PL: Polled local      MP: Mailbox print    TU: Terminated by user
HR: Host receive      PR: Polled remote     CP: Completed        TS: Terminated by system    G3: Group 3
WS: Waiting send      MS: Mailbox save      FA: Fail             RP: Report                  EC: Error Correct