# EXHIBIT G

```
 1              UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3
 4   JOSE RODRIGUEZ,
 5              Plaintiff,
 6   -vs-                        CASE NO. C-07-03630 PJH
 7   OWENS-BROCKWAY GLASS CONTAINER
     INC., and DOES 1 to 50,
 8
                Defendants.
 9   _____/
10
11
12
13
14              DEPOSITION OF JOHN KEANEY
15                  JANUARY 10, 2008
16
17
18
         REPORTER'S TRANSCRIPT OF PROCEEDINGS
19       BY CHERYL L. CHAUDOIR, CSR NO. 9501
20
21   _____
22        CLARK REPORTING & VIDEOCONFERENCING
23        2161 SHATTUCK AVENUE, SUITE 201
24               BERKELEY, CA  94704
25                 (510) 486-0700
```

1

CLARK REPORTING (510) 486-0700

|  |  |
|---|---|
| 1 | A P P E A R A N C E S: |
| 4 | For the Plaintiff:   LAW OFFICES OF STEVEN R. JACOBSEN |
| 5 |                      BY:  CATHERINE R. DOUAT |
| 6 |                           ATTORNEY AT LAW |
| 7 |                      901 CLAY STREET |
| 8 |                      OAKLAND, CA  94607 |
| 9 |                      (510) 465-1500/FAX:  465-1501 |
| 10 |                     cat@theaccidentallawyer.com |
| 12 | For the Defendants:  SCHIFF HARDIN LLP |
| 13 |                      BY:  STEPHEN M. HANKINS |
| 14 |                           ATTORNEY AT LAW |
| 15 |                      ONE MARKET, SPEAR STREET TOWER |
| 16 |                      THIRTY-SECOND FLOOR |
| 17 |                      SAN FRANCISCO, CA  94105 |
| 18 |                      (415) 901-8700/FAX:  901-8701 |
| 19 |                      shankins@schiffhardin.com |
| 21 |                           --oOo-- |

2

DEPOSITION OF JOHN KEANEY

CLARK REPORTING (510) 486-0700

INDEX OF EXAMINATION

PAGE

Examination by:

   MS. DOUAT                                                          4

--oOo--

INDEX OF EXHIBITS

| PLAINTIFF'S EXHIBITS | Description | PAGE |
|---|---|---|
| A | Handdrawn diagrams; 4 pgs. | 27 |
| B | Handwritten statement dated May 16, 2005; 1 pg. | 41 |
| C | Statement of Facts; 3 pgs. | 52 |
| D | Excerpt from instruction manual; 1 pg. | 67 |

--oOo--

3

1    BE IT REMEMBERED, that pursuant to Notice of
2  Taking Deposition, and on Thursday, January 10, 2008,
3  commencing at the hour of 1:55 p.m., at the LAW OFFICES
4  OF STEVEN R. JACOBSEN, 901 Clay Street, Oakland,
5  California, before me, Cheryl L. Chaudoir, a duly
6  qualified Certified Shorthand Reporter, License No. 9501
7  in and for the State of California, there personally
8  appeared
9             JOHN KEANEY,
10  called as a witness by the Plaintiff, who, being first
11  duly sworn by me to tell the truth under penalty of
12  perjury under the laws of the State of California, was
13  thereupon examined and testified as is hereinafter set
14  forth.
15             --oOo--
16           EXAMINATION BY
17    MS. DOUAT:  Q.  Good afternoon, Mr. Keaney.  I
18  introduced myself before.  I'm Catherine Douat.  I
19  represent Jose Rodriguez in a lawsuit filed against
20  Owens-Brockway Glass Company.
21       Have you ever had your deposition taken before?
22    A.  No.
23    Q.  Then let's go over some of the ground rules.
24       It seems like you have a soft voice.  You need
25  to keep your voice up so the court reporter can hear

                                                    4

CLARK REPORTING (510) 486-0700

1    Q.    Have you had any vocational training?
2    A.    No.
3    Q.    Are you a certified forklift driver?
4    A.    Yes.
5    Q.    Where did you receive your certification?
6    A.    I believe I received it at JI Case, as well as
7    Owens-Brockway Company.  I'm pretty sure I did it for
8    every company I worked for, but for sure twice, I
9    believe, at JI Case Tractor Parts in San Leandro.
10    Q.    And do you have your certification with you
11    today?
12    A.    No, I didn't bring it.  I would have if I
13    would have known I needed to.  I have it at home.
14    Q.    Maybe your attorney can get me a certification
15    number.
16         MR. HANKINS:  Sure.
17    Q.    (By Ms. Douat)  When were you last certified?
18    A.    I think 2000 or 2003.  I have done it twice
19    since I have been at Owens.
20    Q.    How often do you have to get certified?
21         MR. HANKINS:  Calls for a legal conclusion.
22    Q.    (By Ms. Douat)  You can answer, unless your
23    attorney --
24    A.    I don't know how often.  All I know is that the
25    supervisor would post a list on the wall saying there

8

CLARK REPORTING (510) 486-0700

```
 1    Q.   Have you had any vocational training?
 2    A.   No.
 3    Q.   Are you a certified forklift driver?
 4    A.   Yes.
 5    Q.   Where did you receive your certification?
 6    A.   I believe I received it at JI Case, as well as
 7  Owens-Brockway Company.  I'm pretty sure I did it for
 8  every company I worked for, but for sure twice, I
 9  believe, at JI Case Tractor Parts in San Leandro.
10    Q.   And do you have your certification with you
11  today?
12    A.   No, I didn't bring it.  I would have if I
13  would have known I needed to.  I have it at home.
14    Q.   Maybe your attorney can get me a certification
15  number.
16         MR. HANKINS:  Sure.
17    Q.   (By Ms. Douat)  When were you last certified?
18    A.   I think 2000 or 2003.  I have done it twice
19  since I have been at Owens.
20    Q.   How often do you have to get certified?
21         MR. HANKINS:  Calls for a legal conclusion.
22    Q.   (By Ms. Douat)  You can answer, unless your
23  attorney --
24    A.   I don't know how often.  All I know is that the
25  supervisor would post a list on the wall saying there
```

8

DEPOSITION OF JOHN KEANEY

1  was going to be certification, and he has a list of
2  employees -- goes by groups -- to report for
3  certification on certain dates.  We have different
4  shifts.  We're a 24/7 operation, so that's all I know.
5  As far as how long, I really don't know.
6      Q.   When did you receive your certification?
7      A.   I don't want to sound -- I'll have to guess.
8      Q.   You said most of the jobs you had ever worked
9  you have been a certified forklift driver.
10     A.   Certification wasn't required until maybe --
11          MR. HANKINS:  Mr. Keaney, let her finish the
12 question.
13     Q.   (By Ms. Douat)  When was certification first
14 required?
15     A.   I don't know.
16     Q.   When did you fist receive certification as a
17 forklift driver?
18     A.   I would say between '93 or '4 and maybe '99.  I
19 don't know.  From Owens, I don't know.  I have the cards
20 at home.  I save all that stuff, but I don't know
21 offhand.
22     Q.   Well, we can request those, and you can get
23 those to us.
24     A.   Yeah.
25     Q.   How long did you work for Owens-Brockway

9

CLARK REPORTING (510) 486-0700

1   Q.   (By Ms. Douat)  How long is a forklift
2  certification class?
3       MR. HANKINS:  Same objection.  Vague.
4       THE DEPONENT:  On the card they give you when
5  you are certified it doesn't say when it expires, just a
6  card saying you are certified, as far as I know.
7   Q.   (By Ms. Douat)  Did you have to take a class?
8   A.   Good question.  Not at Owens Illinois, but at
9  JI Case I did.  They had videos.  I love to talk about
10 this because I'm a very safe person.  But at JI Case we
11 did.  We had to take a class, and they showed videos
12 about how to drive a forklift, coming to a blind
13 intersection, who has the right-of-way.
14  Q.   Why did you leave JI Case?
15  A.   They centralized their distribution to one
16 plant.  They laid off 27 warehousemen in San Leandro.
17 They were never going to call me back.  I had only been
18 there two years.
19  Q.   Then you went to work for Owens-Brockway?
20  A.   Yes.
21  Q.   What year did you go to work for
22 Owens-Brockway?
23  A.   'Ninety-two.  I went to work for Owens six
24 months after I got laid off from JI Case.
25  Q.   You were twice certified at Owens-Brockway?

17

DEPOSITION OF JOHN KEANEY

CLARK REPORTING (510) 486-0700

```
 1        A.   I think I was.  Again, I'm not sure, but I
 2   think so.  I think so.
 3        Q.   Have you ever been in a forklift accident
 4   before this accident?
 5        A.   No.
 6        Q.   Have you ever been terminated from a position,
 7   other than being laid off?
 8        A.   No, never.
 9        Q.   You have never dropped pallets from a forklift,
10   any of those kind of mishaps?
11             MR. HANKINS:  Vague and overbroad.
12             THE DEPONENT:  You know, I don't remember.
13   This is -- I know I don't remember dropping anything,
14   because I'm very careful.  Because sometimes --
15             MR. HANKINS:  You have answered the question.
16        Q.   (By Ms. Douat)  You are very careful?
17        A.   Yes.
18        Q.   Okay.  What were you going to add to that?
19             MR. HANKINS:  That's not a proper question.  He
20   answered the question.
21        Q.   (By Ms. Douat)  You are very careful, so in all
22   the years you have driven a forklift, you can't remember
23   ever dropping a box or a pallet or anything like that?
24        A.   You know, I must have dropped something, but
25   I'm trying to think.  I don't -- you mean one box, you
```

18

DEPOSITION OF JOHN KEANEY

CLARK REPORTING (510) 486-0700

```
 1        A.   When the foreman was off for whatever reason --
 2   sick, vacations, whatever -- I would just do his job,
 3   hand out the assignments for the crew, spot the trucks
 4   on graveyard where they are supposed to go, tell the
 5   guard where to send the truck when he calls in his bill
 6   of lading, answer complaints on the line if the line
 7   gets backed up, fill out the time sheets for the crew.
 8        Q.   This is a full-time job?
 9        A.   Yes -- well, no, it was backup.
10        Q.   It was backup?
11        A.   Yeah.
12        Q.   So you were a part-time employee at that time?
13        A.   No, I was working graveyard as a regular
14   order-filler forklift driver, and doing this too,
15   usually on the weekends or something.
16        Q.   So you went back to driving a forklift?
17        A.   Yes.
18        Q.   And were you recertified after 1999?
19        A.   You know, I think I was.  I think I was, yeah.
20   I think I was.
21        Q.   And at the time of this accident, which
22   occurred 5/16/05, were you a backup foreman?
23        A.   No, I was a shift foreman then.
24        Q.   You were a shift foreman?
25        A.   No, excuse me.  See, 2005.  Let me think real
```

24

DEPOSITION OF JOHN KEANEY