# FILED

**AUG 2 5 2008**

**RICHARD W. WIEKING**
**CLERK U.S. DISTRICT COURT,**
**NORTHERN DISTRICT OF CALIFORNIA**

## UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Rodriguez, | No. C 07-03630 PJH MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Owens-Brockway Glass Container, Inc., | |
| Defendant(s). | |

*Instructions:* **The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.**

1.    I hereby certify that the parties in this matter held a ☑ Mediation or ☐ ENE session on (date)   8 · 20 · 2008

2.    Did the case settle?   ☑ fully        ☐ partially        ☐ no

3.    If the case did not settle fully, is any follow-up contemplated?

       ☐ another session scheduled for (date) _____

       ☐ phone discussions expected by (date) _____

       ☐ no

**4.    IS THIS ADR PROCESS COMPLETED?    ☑ YES ☐ NO**

Dated:    _Aug. 21, 2008_            _____
                                    Mediator, Jacqueline Corley
                                    Law Clerk to the Hon. Charles R. Breyer
                                    450 Golden Gate Avenue
                                    San Francisco, CA 94102

**United States District Court**
**Northern District of California**

**Certification of ADR Session**
07-03630 PJH MED                     - 1 -