1  STEVEN R. JACOBSEN, Bar No. 95246
   srj@theaccidentallawyer.com
2  BRENDA D. POSADA, Bar No. 152480
   bdp@theaccidentallawyer.com
3  LAW OFFICES OF STEVEN R. JACOBSEN
   901 CLAY STREET
4  OAKLAND, CALIFORNIA 94607
   TELEPHONE: (510) 465-1500
5
   ATTORNEYS FOR PLAINTIFF
6  JOSE RODRIGUEZ

7
   SCHIFF HARDIN LLP
8  Stephen M. Hankins (CSB #154886)
   shankins@schiffhardin.com
9  Sony B. Barari (CSB #243379)
   sbarari@schiffhardin.com
10 One Market, Spear Street Tower
   Thirty-Second Floor
11 San Francisco, CA 94105
   Telephone:   (415) 901-8700
12 Facsimile:   (415) 901-8701

13 Attorneys for Defendant
   OWENS-BROCKWAY GLASS CONTAINER INC.
14

15                   IN THE UNITED STATES DISTRICT COURT

16                      NORTHERN DISTRICT OF CALIFORNIA

17

18 JOSE RODRIGUEZ,                )  Case No.: C-07-03630 PJH
                                  )
19           Plaintiff,           )  STIPULATED REQUEST FOR DISMISSAL
                                  )
20     vs.                        )
                                  )
21 OWENS-BROCKWAY GLASS           )
   CONTAINER, INC., et al.,       )
22                                )
             Defendants.          )
23                                )

24

25     IT IS HEREBY STIPULATED by all the Parties and through their Attorneys of Record,

26 after having settled this action in its entirety, the parties hereby stipulate that this court enter a

27 dismissal of this action in its entirety, with prejudice.

28 ///

-1-
STIPULATED REQUEST FOR DISMISSAL
Case No. C-07-03630 PJH

SO STIPULATED.

Dated: September 14, 2008

　　　　　　　　　　　　　　　　　　　　　　JOSE RODRIGUEZ

Dated: September 26, 2008

　　　　　　　　　　　　　　　　　　　　　　Owens-Brockway Glass Container Inc.
　　　　　　　　　　　　　　　　　　　　By:
　　　　　　　　　　　　　　　　　　　　Its: Assistant Secretary
　　　　　　　　　　　　　　　　　　　　　　Ryan H. Haywood

Dated: September 14, 2008

LAW OFFICES OF STEVEN R. JACOBSEN

By: _____
　　　STEVEN R. JACOBSEN
　　　Attorney for Plaintiff
　　　Jose Rodriguez

Dated: September 19, 2008

SCHIFF HARDIN LLP

By: _____
　　　STEPHEN M. HANKINS
　　　Attorney for Defendant
　　　Owens-Brockway Glass Container Inc.

## [PROPOSED] ORDER

Upon stipulation of the parties hereto, through their respective counsel, and after having duly considered the request, it is hereby the order of this court that Plaintiff's Complaint is DISMISSED in its entirety, with prejudice.

DATED: 10/3/08　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　HAMILTON

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)

-2-
STIPULATED REQUEST FOR DISMISSAL
Case No. C-07-03630 PJH

**Certificate of Service**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 1st day of October, 2008, with a copy of this document via the Court's CM/ECF system. I certify that all parites in this case are represented by counsel who are CM/ECF participants.

By: /s/ Brian D. Henri
       Brian D. Henri